# EXHIBIT A

## NOTICE REGARDING REQUIRED DOCUMENTATION

**THIS RETAIL INSTALLMENT CONTRACT SHALL NOT BE BINDING ON THE SELLER UNLESS THE BUYER DELIVERS ALL REQUESTED DOCUMENTATION TO THE SELLER IN A FORM SATISFACTORY TO SELLER.**

## NOTICE REGARDING WITH PAY DEFERRED INTEREST PROMOTIONAL OFFERS

****** ALL OTHER BUYERS PROCEED TO PAGE TWO******

---

## INTEREST WILL NOT BE CHARGED.

THE INTEREST DESCRIBED IN THE TRUTH-IN-LENDING DISCLOSURE WILL NOT BE CHARGED TO YOU IF YOU SUCCESSFULLY COMPLY WITH THE TERMS OF YOUR PROMOTIONAL PERIOD OFFER (WITH PAY DEFERRED INTEREST LOAN) AS SET FORTH IN THE RETAIL INSTALLMENT CONTRACT OR IN THE ADDENDUM TO THE RETAIL INSTALLMENT CONTRACT WHICH ARE INCLUDED IN THIS PACKAGE.THE TRUTH-IN-LENDING DISCLOSURE CAN BE FOUND ON PAGE ONE OF THE RETAIL INSTALLMENT CONTRACT.

**IF YOU HAVE ANY QUESTIONS PLEASE CALL SERVICE FINANCE COMPANY AT 866-254-0497.**

# Security Agreement and Home Improvement Contract

| Seller Name and Address | Buyer(s) Name(s) and Address(es) | Summary | |
|---|---|---|---|
| Multitaskr Construction Inc<br>2576 CATAMARAN WAY<br>CHULA VISTA, CA 91914-4533 | ANTHONY WAYNE EMBERGER<br>5930 LAUDER ST<br>SAN DIEGO, CA 92139-3141 | No.<br>Date | 4427888<br>11/15/2023 |
| *"We"* and *"us"* mean the Seller above, its successors and assigns. | *"You"* and *"your"* mean each Buyer signing below, jointly and individually. | | |

## *Truth-In-Lending Disclosure*

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid when you have made all scheduled payments. | Total Sale Price The total cost of your purchase on credit, including your down payment of $ 0.00 . |
|---|---|---|---|---|
| 8.099 % | $ 58514.00 | $ 100000.00 | $ 158514.00 | $ 158514.00 |

**Payment Schedule.** Your payment schedule will be

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 12 | $ 0.00 | Monthly, beginning 30 days after the contract is purchased by Service Finance Company |
| 120 | $ 1320.95 | Monthly, beginning 30 days after the Promotional Expiration Date |
| | $ | |

**Security.** You are giving us a security interest in

☒ the Goods purchased.

☐ the following described personal property

☒ **Late Charge.** If a payment is more than 15 days late, you will be charged

5% of Payment due or $10 whichever is less .

**Prepayment.** If you pay off this Contract early, you ☐ may ☒ will not have to pay a Minimum Finance Charge.

☒ If you pay off this Contract early, you will not be entitled to a refund of part of the Additional Finance Charge.

**Contract Provisions.** You can see the terms of this Contract for any additional information about nonpayment, default, any required repayment before the scheduled date, and prepayment refunds and penalties.

*"e"* means estimate

## *Sales Agreement*

**Sale.** You agree to purchase from us the goods and/or services described below according to the terms of this Contract. The term *"Contract"* means this document and any other document which secures this Contract.

Description of Goods and/or Services Purchased PATIO ROOM

Description of Other Collateral (when services are part of transaction)

☐ **Service Contract.** With your purchase of the Goods, you agree to purchase a Service Contract to cover N/A

. This Service Contract will be in effect for



EXHIBIT A

002

Anthony Wayne Emberger
11/21/2023 7:19:11 AM ET
71.114.14.218

**Promise To Pay and Payment Terms.** You promise to pay us the principal amount of $ 100000.00 , plus interest on the unpaid balance at the rate of 9.990 % per year until this Contract is paid in full. Interest will begin to accrue on the first calendar day following the Promotional Expiration Date . You agree to pay this Contract according to the payment schedule and late charge provisions shown in the *Truth-In-Lending Disclosure*. You also agree to pay any additional amounts according to the terms of this Contract.

☐ The payment schedule contained in this Contract requires that you make a balloon payment of $ which is a payment more than double the amount of the regular payments. You have an absolute right to obtain a new payment schedule if you default in the payment of any balloon payment.

**Down Payment.** You also agree to pay, or apply to the Cash Price, on or before today's date, any cash, rebate and net trade-in value described in the *Itemization of the Amount Financed*.

☐ You agree to make deferred payments as part of the cash down payment as reflected in your Payment Schedule.

☐ **Additional Finance Charge.** You agree to pay an additional, nonrefundable finance charge of $ that will be ☐ paid in cash. ☐ added to the Cash Price. ☐ paid proportionally with each payment.

☐ **Minimum Finance Charge.** You agree to pay a minimum finance charge of $ if you pay this Contract in full before we have earned that much in finance charges. This minimum is in addition to any Additional Finance Charge that may be agreed to above.

**Returned Check Charge.** If you make any payment required by this Contract with a check or negotiable order of withdrawal or share draft that is returned dishonored, we may charge and collect a fee of not more than $15.00 for such an item.

**Trade-In.** The property traded in is: .

## Assignment

This Contract is assigned to Assignee (identify):

Service Finance Co. LLC.
555 S Federal Hwy #200, Boca Raton FL 33432 .

This assignment is made under the terms of a separate agreement made between the Seller and Assignee.

## Insurance Disclosures

**Credit Insurance.** Credit life, credit disability, and any other insurance coverage quoted below, are not required to obtain credit and we will not provide them unless you sign and agree to pay the additional premium. If you want such insurance, we will obtain it for you (if you qualify for coverage). We are quoting below ONLY the coverages you have chosen to purchase.

**Credit Life**

☐ Single ☐ Joint ☒ None

Premium $ Term

Insured

**Credit Disability**

☐ Single ☐ Joint ☒ None

Premium $ Term

Insured

Your signature below means you want (only) the insurance coverage(s) quoted above. If "None" is checked, you have declined the coverage we offered.

ANTHONY WAYNE EMBERGER DOB

DOB

DOB

DOB

$ 0.00

*[This area intentionally left blank.]*



EXHIBIT A

003

Anthony Wayne Emberger
11/21/2023 7:19:11 AM ET
71.114.14.218

## Itemization of the Amount Financed

| | | |
|---|---|---|
| Goods and/or Services Price (not including taxes) | $ | 100000.00 |
| Service Contract (not including taxes) paid to: | $ | 0.00 |
| Taxes on the above goods and services | $ | |
| **1. Contract Price (Cash Price)** (total of the above) | $ | 100000.00 |
| Paid to Public Officials - **Filing Fees Only** | $ | 0.00 |
| Paid to Public Officials - **Other than Filing Fees** | $ | 0.00 |
| Insurance Premiums* | $ | 0.00 |
| **2. Subtotal** (line 1 plus official fees and insurance) | $ | 100000.00 |
| Amounts Paid to Others: | | |
| To: Title Services | $ | 0.00 |
| To: Credit Investigation | $ | 0.00 |
| To: | $ | |
| To: N/A | $ | 0.00 |
| To: N/A | $ | 0.00 |
| **3. Total** (line 2 plus Amounts Paid to Others) | $ | 100000.00 |
| Trade-In Allowance | $ | 0.00 |
| Less: Amount Owing | | |
| To: N/A | $ | 0.00 |
| 4. Net Trade-In | $ | 0.00 |
| 5. Deferred Down Payment | $ | 0.00 |
| 6. Manufacturer's Rebate | $ | 0.00 |
| 7. Cash Down Payment | $ | 0.00 |
| **8. Total Down Payment** (total of lines 4, 5, 6 and 7) | $ | 0.00 |

**THE DOWN PAYMENT MAY NOT EXCEED $1,000 OR 10 PERCENT OF THE CONTRACT PRICE, WHICHEVER IS LESS.**

**9. Unpaid Balance** (line 3 minus line 8) $ 100000.00

**10. Prepaid Finance Charges** $ 0.00

**11. Amount Financed** (line 9 minus line 10) $ 100000.00

## Additional Terms of the Sales Agreement

**Prepayment.** You may prepay this Contract in full or in part at any time. Any partial prepayment will not excuse any later scheduled payments until you pay in full.

A refund of any prepaid, unearned insurance premiums may be obtained from us or from the insurance company named in your policy or certificate of insurance.

**General Terms.** You have been given the opportunity to purchase the Goods and described services for the Cash Price or the Total Sale Price. The Total Sale Price is the total price of the Goods and any services if you buy them over time. You agreed to purchase the items over time. The Total Sale Price shown in the *Truth-In-Lending Disclosure* assumes that all payments will be made as scheduled. The actual amount you will pay may be more or less depending on your payment record.

We do not intend to charge or collect, and you do not agree to pay, any finance charge or fee, that is more than the maximum amount permitted by either state or federal law for this sale. If you pay a finance charge or fee that is contrary to this provision, we will, instead, apply it first to reduce the principal balance, and when the principal has been paid in full, refund it to you.

You understand and agree that we (or our affiliate) will earn commissions or fees on any insurance products, and may earn such fees on other services that you buy through us or our affiliate.

If any section or provision of this Contract is not enforceable, this Contract will remain enforceable without such section or provision.

You agree that the law of the state of California will govern this transaction, which is the state where the home to be improved is located. Federal law may also apply.

**NOTICE TO ACTIVE DUTY SERVICEMEMEBES AND DEPENDENTS:** The Military Lending Act provides protections for certain members of the Armed Forces and their dependents ("Covered Borrowers"). The provisions of this section apply to Covered Borrowers under the Military Lending Act. If you would like more information about whether you are a Covered Borrower and whether this section applies to you, please contact us at [1-866-384-2204]. Statement of MAPR. Federal law provides important protections to members of the Armed Forces and their dependents relating to extensions of consumer credit. In general, the cost of consumer credit to a member of the Armed Forces and his or her dependent may not exceed an Annual Percentage Rate of 36%. This rate must include, as applicable to the credit transaction or account: (1) the costs associated with credit insurance premiums; (2) fees for ancillary products sold in connection with the credit transaction; (3) any application fee charged (other than certain application fees for specified credit transactions or accounts); and (4) any participation fee charged (other than certain participation fees for a credit card account).). Oral Disclosures. In order to hear important Military Lending Act disclosures and payment information provided in this Note, please call [1-866-384-2204]. Applicability of Jury Trial Waiver, Class Action Waiver, Security Agreement, and Arbitration Provision. The Jury Trial Waiver, Class Action Waiver, and Arbitration Provision set forth in this Note do not apply to Covered Borrowers under the Military Lending Act.

**Default.** You will be in default on this Contract if any one of the following occurs (except as prohibited by law):

1. You fail to may a payment in full when it is due.
2. You fail to perform any obligation that you have undertaken in this Contact (which includes doing something you have agreed not to do.
3. You make any written statement or provide any financial information that is untrue or misleading at the time it is given.
4. You become a debtor in any bankruptcy proceeding, or others take legal action to collect money or repossess property from you.

" This space intentionally left blank"



Anthony Wayne Emberger
11/21/2023 7:19:11 AM ET
71.114.14.218

You also agree to pay our actual and reasonable costs of collection occasioned by removal of the goods from the state without our written permission, your failure to notify us of any change of residence, or your failure to communicate with us for a period of 45 days after any default in making payments due under this Contract.
If an event of default occurs as to any one of you, we may exercise our remedies against any or all of you.

**Remedies.** If you are in default on this Contract, we have all of the remedies provided by law and this Contract, which may include a personal property security agreement or real estate deed of trust.
(Sentences 3. and 4. below relate only to personal property security interests.) These include:

**1.** We may require you to immediately pay us, subject to any refund required by law, the remaining unpaid balance of the amount financed, finance charges and all other agreed charges.
**2.** We may pay taxes, assessments, or other liens or make repairs to the Property if you have not done so. We are not required to do so. Any amount we pay will be added to the amount you owe us and will be due immediately. This amount will earn interest from the date paid at the rate described in the Promise To Pay and Payment Terms section until paid in full.
**3.** We may require you to make the Property available to us at a place we designate that is reasonably convenient to you and us.
**4.** Unless you are a Covered Borrower under the Military Lending Act and to the extent permitted by applicable law, we may immediately take possession of the Property by legal process or self-help, but in doing so we may not breach the peace or unlawfully enter onto your premises. We may then sell the Property and apply what we receive as provided by law (in particular, Cal. Civil Code § 1812.4) to our reasonable expenses and then toward your obligations. You will be entitled to any surplus of the proceeds after the amount due plus expenses are collected.
**5.** We may, instead of repossessing the goods, pursue a judgment against you for the amount due under this Contract, which would be the amount mentioned in paragraph 1. of this section.

By deciding not to use any remedy, we do not give up our right to consider the event a default if it happens again.

In the event we repossess the goods, we must give you notice of your right to redeem, and notice of either a public sale of the goods or of our intention to keep the goods, as the case may be. You agree that, subject to your right to recover such property, we may take possession of personal property left in or on the Property securing this Contract and taken into possession as provided above.

If your obligation under this Contract is insured under the Title 1 Property Improvement Loan Regulations of the Department of Housing and Urban Development, our right to accelerate the maturity is subject to the limitations of those regulations.

This space intentionally left blank"

Anthony Wayne Emberger
1/21/2023 7:19:11 AM ET
71.114.14.218

**Obligations Independent.** Each person who signs this Contract agrees to pay this Contract according to its terms. This means the following:

1. You must pay this Contract even if someone else has also signed it.
2. We may release any co-buyer or guarantor and you will still be obligated to pay this Contract.
3. We may release any security and you will still be obligated to pay this Contract.
4. If we give up any of our rights, it will not affect your duty to pay this Contract.
5. If we extend new credit or renew this Contract, it will not affect your duty to pay this Contract.

**Warranty.** Warranty information is provided to you separately.

**Waiver. Unless you are a Covered Borrower under the Military Lending Act and to the extent permitted by applicable law, you agree to give up your rights to require us to do certain things. We are not required to: (1) demand payment of amounts due; (2) give notice that amounts due have not been paid, or have not been paid in the appropriate amount, time or manner; or, (3) give notice that we intend to make, or are making, this Contract immediately due.**

## *Security Agreement*

**Security.** Unless you are a Covered Borrower under the Military Lending Act and to the extent permitted by applicable law, In this Contract, the term *"Property"* refers to any collateral which secures this Contract, whether by this or separate form, as indicated immediately below.

☒ Unless you are a Covered Borrower under the Military Lending Act and to the extend permitted by applicable law, you give us a security interest in the goods (Goods) and in any other collateral described above, plus all accessions to such Property.

**Additional Security.** Unless you are a Covered Borrower under the Military Lending Act and to the extent permitted by applicable law, you also assign to us and give us a security interest in proceeds and premium refunds of any insurance and service contracts purchased with this Contract.

**Ownership and Duties Toward Property.** If you give us a security interest or a real estate mortgage or deed of trust in Property, (as shown in the *Security* section and *Truth-In-Lending Disclosure*) you represent and agree to the following:

1. You will defend our interests in the Property against claims made by anyone else. You will do whatever is necessary to keep our claim to the Property valid.
2. The security interest you are giving us in the Property comes ahead of the claim of any other general or secured creditor except as disclosed to us by you and agreed to in writing by us. You agree to sign any additional documents or provide us with any additional information we may require to keep the priority of our claim to the Property. You will not do anything to change our interest in the Property.
3. You will keep the Property in your possession in good condition and repair. You will use the Property for its intended and lawful purposes. Unless otherwise agreed in writing, the Property will be located at your address listed on page 1 of this Contract.
4. You will not attempt to sell the Property (unless it is properly identified inventory) or otherwise transfer any rights in the Property to anyone else, without our prior written consent. You will not permit the Property to become attached to any real estate without first providing us an opportunity to preserve our priority status.
5. You will pay all taxes and assessments on the Property as they become due.
6. You will notify us of any loss or damage to the Property. You will provide us reasonable access to the Property for the purpose of inspection. Our entry and inspection must be accomplished lawfully, and without breaching the peace.

**Insurance.** If this Contract is secured, you agree to buy property insurance on the Property protecting against loss and physical damage and subject to a maximum deductible amount indicated in the *Property Insurance* section, or as we will otherwise require. You will name us as loss payee on any such policy. Borrower under the Military Lending Act and to the extent permitted by applicable law in the event of loss or damage to the Property, we may require additional security or assurances of payment before we allow insurance proceeds to be used to repair or replace the Property. You agree that if the insurance proceeds do not cover the amounts you still owe us, you will pay the difference. You may purchase or provide the insurance through any insurance company reasonably acceptable to us. You will keep the insurance in effect until this Contract is paid in full.

If this contract is secured and you fail to obtain or maintain this insurance, or name us as a loss payee, we may obtain insurance to protect our interest in the Property. This insurance may include coverages beyond those initially required of you. This insurance may be written by a company other than one you would choose. It may be written at a rate higher than a rate you could obtain if you purchased the property insurance required by this Contract. We will add the premium for this insurance to the amount you owe us. Any amount we pay will be due immediately. This amount will earn interest from the date paid at the rate described in the *Promise To Pay and Payment Terms* section until paid in full.

**READ THIS PROVISION ("Mutual Arbitration Agreement")** CAREFULLY BECAUSE IT HAS A SUBSTANTIAL IMPACT ON HOW DISPUTES AND CLAIMS YOU AND WE HAVE AGAINST EACH OTHER ARE RESOLVED.

THIS ARBITRATION AGREEMENT DOES NOT APPLY IF, AS OF THE DATE OF THIS AGREEMENT, YOU ARE A COVERED BORROWER UNDER THE MILITARY LENDING ACT.

IF YOU WOULD LIKE MORE INFORMATION ABOUT WHETHER YOU ARE COVERED BY THE MILITARY LENDING ACT, IN WHICH CASE THIS ARBITRATION PROVISION DOES NOT APPLY TO YOU, PLEASE CONTACT US AT 866-384-2204.



Anthony Wayne Emberger
11/21/2023 7:19:11 AM ET
71.114.14.218

**For any Claim, defined below, subject to arbitration, neither You nor we will have the right to:**
(1) have a court or a jury decide the Claim; (2) engage in information-gathering (discovery) to the same extent as in court; (3) participate in a class action in court or in arbitration; or (4) join or consolidate a Claim with claims of any other person. The right to appeal is more limited in arbitration than in court and other rights in court may be unavailable or limited in arbitration. Unless You choose to opt out of mutual arbitration in the manner and time specified below, You and we mutually agree that, if either party demands arbitration, the Parties will resolve any and all disputes between them exclusively through final, binding, and individual arbitration under the terms of this Mutual Arbitration Agreement, including its pre-arbitration dispute resolution process, instead of filing or proceeding with a lawsuit in court (except as otherwise provided below). However, this Mutual Arbitration Agreement does not cover disputes that, as a matter of law, may not be subject to pre-dispute arbitration agreements.

**Requirement to Arbitrate.** Upon the demand of You or us, any Claim(s) will be resolved by individual (as opposed to class, consolidated, collective, or representative) binding arbitration under the terms specified in this Mutual Arbitration Agreement. A "Claim" subject to arbitration is any claim, cause of action, dispute, or controversy between You and us (other than an Excluded Claim or Proceeding as defined below), whether preexisting, present, or future, which arises out of or relates to the Sales Agreement, this Security Agreement and Home Improvement Contract, any transaction conducted with us in connection with them, or any aspect of our relationship. "Claim" has the broadest possible meaning and includes initial claims, counterclaims, cross-claims, third-party claims, and federal, state, local, and administrative claims. It includes disputes based in contract, tort, consumer rights, fraud, and other intentional torts, a state or the federal Constitution, statute, regulation, ordinance, common law, and equity, and includes claims for money damages and injunctive or declaratory relief. "Claim" also includes disputes concerning the use or disclosure of information about You or us, as well as disputes concerning communications involving telephones, cell phones, automatic dialing systems, artificial or prerecorded voice messages, text messages, emails, or facsimile machines, such as alleged violations of the Telephone Consumer Protection Act and other statutes or regulations involving telemarketing.

**Special Definition of "We," "Us," "Our," and "Parties."** Solely for purposes of this Mutual Arbitration Agreement, the terms "Seller," "we," "us," "our," and "Parties," in addition to the meanings set forth in this Security Agreement and Home Improvement Contract, also refer to Seller's and its assignees and their employees, agents, officers, directors, parents, controlling persons, subsidiaries, affiliates, predecessors, successors, and assigns. The "Parties" refers to both You and Seller and its assignees and their employees, agents, officers, directors, parents, controlling persons, subsidiaries, affiliates, predecessors, successors, and assigns."We," "us," "our," and "Parties" also apply to third parties if You or Seller assert a Claim against such third parties in connection with a Claim You assert against us or Seller asserts against You.

**Excluded Claims and Proceedings.** Notwithstanding the foregoing, "Claim" does not include any individual action brought by You or us in small claims court or Your state's equivalent court, unless such action is transferred, removed, or appealed to a different court or the matter is not brought on an individual basis (i.e., a class, consolidated, collective, or representative basis). In addition, nothing in this Mutual Arbitration Agreement prevents You or us from exercising of any self-help rights. Any individual action in court by You or us that is limited to preventing the other party from using a self-help remedy and that does not involve a request for damages or monetary relief of any kind does not constitute a "Claim" that must be arbitrated. The institution and/or maintenance of any such right, action, or litigation shall not constitute a waiver of the right of either of the Parties to compel arbitration regarding any other dispute subject to arbitration pursuant to this Mutual Arbitration Agreement. Moreover, the term "Claim" also does not include any disagreement over the arbitrability of a dispute, whether a dispute can or must be arbitrated, or whether this Mutual Arbitration Agreement or any aspect thereof is unenforceable, or any dispute regarding the provisions labeled "Pre-Arbitration Dispute Resolution" or "Class, Consolidated, Collective, and/or Representative Action Waiver," including whether they are unenforceable or have been breached; such disputes or issues must be decided only by a court of competent jurisdiction and not by an arbitrator or arbitration administrator.

**Federal Arbitration Act.** Notwithstanding any choice of law or other provision in this Security Agreement and Home Improvement Contract, the Parties agree and acknowledge that this agreement evidences a transaction involving interstate commerce and that the Federal Arbitration Act (Title 9 of the United States Code) ("FAA") shall govern its interpretation and enforcement and proceedings pursuant thereto. The Parties expressly agree that this Mutual Arbitration Agreement shall be governed by the FAA even in the event You and/or Truist are otherwise exempted from the FAA. If for whatever reason the rules and procedures of the FAA cannot apply, the state law governing arbitration agreements in the state in which You reside shall apply.

**Arbitration Procedures.**
a) Pre-Arbitration Dispute Resolution: The Parties agree that good faith informal efforts to resolve a dispute often can result in a prompt, low-cost, and mutually beneficial outcome. As a result, before commencing arbitration, the Parties must engage in a good faith effort to resolve any Claim covered by this Mutual Arbitration Agreement by providing a written notice of dispute and participating in an informal dispute resolution conference. The party who wishes to assert a Claim must first give notice to the other party in writing of the intent to initiate arbitration ("Notice of Pre-Arbitration Dispute"). A Notice of Pre-Arbitration Dispute must contain the claimant's name, telephone number, mailing address, and e-mail address, the account or loan number of any account or loan at issue, a factual description of the nature and basis of the dispute, including the basis and amount of any claimed damages, the amount that the claimant is seeking for resolution of the dispute, and the original personal signature of the party (a digital, electronic, copied, or


Anthony Wayne Emberger
11/21/2023 7:19:11 AM ET
71.114.14.218

facsimile signature is not sufficient) and, if the claimant is represented by counsel, a signed statement authorizing the other party to share information about the account or loan and the Claim with such counsel. After the Notice of Pre-Arbitration Dispute is provided, the Parties will engage in an informal dispute resolution conference by telephone or videoconference to discuss the Claim and see if a resolution can be reached. If either party is represented by counsel, that party's counsel may participate in the conference, but both You and a Truist representative must personally participate in the conference unless You and we agree otherwise in writing. For the protection of Your confidential account or loan information, multiple customers cannot participate in the same informal dispute resolution conference unless mutually agreed to by all Parties. The informal dispute resolution conference shall occur within sixty (60) days of receipt of the Notice of Pre-Arbitration Dispute, unless an extension is mutually agreed to by the Parties. The Parties shall negotiate in good faith to select a mutually agreeable time. Nothing in this Mutual Arbitration Agreement shall prohibit the Parties from engaging in informal communications to resolve the initiating party's Claim at any time, including before the informal dispute resolution conference. Engaging in an informal dispute resolution conference is a requirement that must be fulfilled before commencing arbitration. The Parties agree that the statute of limitations shall be tolled between the period when a fully complete Notice of Pre-Arbitration Dispute Resolution is received and the completion of the informal dispute resolution conference. If You are initiating the Claim, the Notice of Pre-Arbitration Dispute must be clearly marked "Notice of Pre-Arbitration Dispute" and delivered to Truist Bank Legal Department, Attn: Notice of Pre-Arbitration Dispute, Mail Code 306-40-01-15, 1001 Semmes Avenue, Richmond, VA 23224. If we are initiating the Claim, we will send the Notice of Pre-Arbitration Dispute to the most recent address for You in our files. If any offers of settlement are discussed by the Parties, such information about the proposed settlement will not be disclosed in the arbitration. The Pre-Arbitration Dispute Resolution and informal dispute resolution conference requirements are essential in order to give the Parties a meaningful chance to resolve Claims informally. If any aspect of these requirements has not been met, the Parties agree that a court can enjoin the filing or prosecution of an arbitration, and, unless prohibited by law, no arbitration provider shall either accept or administer the arbitration or assess fees in connection with such an arbitration.

b) After completion of the informal dispute resolution conference, if the Claim remains unresolved, either You or Truist may initiate arbitration by submitting a demand for arbitration to the arbitration administrator. The demand must include (1) the name, telephone number, mailing address, and e-mail address of the party seeking arbitration; (2) the account or loan number of any account at issue; (3) a statement of the legal claims being asserted and the factual basis of those claims; (4) a description of the remedy sought and an accurate, good-faith calculation of the amount in controversy, enumerated in United States Dollars (any request for injunctive relief or attorneys' fees shall not count toward the calculation of the amount in controversy unless such injunctive relief seeks the payment of money); (5) the original personal signature of the party seeking arbitration (a digital, electronic, copied, or facsimile signature is not sufficient); and (6) the party's portion of the applicable filing fee. The party initiating arbitration must serve the demand on the other party via certified mail, return receipt requested, or hand delivery. If the party seeking arbitration is represented by counsel, counsel must also provide an original personal signature on the demand for arbitration (a digital, electronic, copied, or facsimile signature is not sufficient). Counsel must also provide a certification that, to the best of counsel's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, (1) the demand for arbitration is not being presented for any improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of dispute resolution; (2) the claims and other legal contentions are warranted by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law or for establishing new law; and (3) the factual contentions have evidentiary support, or if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery. Any demand for arbitration by You must be delivered to Truist Bank Legal Department, Attn: Arbitration Election, Mail Code 306-40-01-15, 1001 Semmes Avenue, Richmond, VA 23224, and any demand for arbitration by us must be sent to the most recent address for You in our files.

c) Any arbitration hearing must take place in a venue reasonably convenient to You. If a party files a lawsuit in court asserting any Claim(s) that are subject to arbitration and the other party demands arbitration or files a motion to compel arbitration with the court which is granted, it will be the responsibility of the party bringing the Claim(s) to follow the pre-arbitration dispute resolution procedures and – if the dispute is not resolved - to commence the arbitration proceeding with an arbitration administrator in accordance with this Mutual Arbitration Agreement and the administrator's rules and procedures. Nothing in that litigation shall constitute a waiver of any rights under this Mutual Arbitration Agreement.

d) The arbitration will be administered by JAMS, 18881 Von Karman Ave., Suite 350, Irvine, CA 92612, www.jamsadr.com, 800-352-5267. The rules and forms of JAMS may be obtained by writing to JAMS at the address listed above or visiting their website. If JAMS cannot or will not administer the arbitration in accordance with this Mutual Arbitration Agreement, the Parties may agree upon another administrator, or if they are unable to agree, a court shall determine the administrator.

Anthony Wayne Emberger
11/21/2023 7:19:11 AM ET
71.114.14.218

No company may serve as administrator if it fails to abide by the terms of this Mutual Arbitration Agreement unless all Parties otherwise consent. The arbitration will proceed in accordance with this Mutual Arbitration Agreement and the administrator's rules and procedures in effect at the time of commencement of the arbitration, including any streamlined or expedited arbitration rules, but in the event of a conflict between the two, the provisions of this Mutual Arbitration Agreement shall supersede any and all conflicting arbitration administrator's rules or procedures. To the extent there is a dispute over which arbitration provider shall administer the arbitration, only a court (and not an arbitrator or arbitration administrator) can resolve that dispute, and the arbitration shall be stayed until the court resolves that dispute.

e) In addition to all other requirements in this Mutual Arbitration Agreement, the following provisions shall apply to all arbitrations between the Parties: (1) Seller or its assignee and You shall equally share filing fees and other similar and usual administrative costs unless otherwise provided by the rules of the administrator. Seller or its assignee shall pay any costs that are uniquely associated with arbitration, such as payment of the arbitrator's fees and room rental; (2) both Parties agree not to oppose or interfere with any negotiations or agreements between the other Party and the arbitration administrator relating to a party's portion of the fees. The arbitrator, however, may disallow any private agreement between an administrator, on the one hand, and the negotiating party, on the other hand, if the arbitrator believes that the private agreement undermines his or her neutrality as arbitrator; (3) the arbitrator may issue orders (including subpoenas to third parties) allowing the Parties to conduct discovery sufficient to allow each party to prepare that party's claims and/or defenses, taking into consideration that arbitration is designed to be a speedy and efficient method for resolving disputes; (4) except as provided in the Class, Consolidated, Collective, and/or Representative Action Waiver, the arbitrator may award all remedies to which a party is entitled under applicable law and which would otherwise be available in a court of law under the circumstances (including statutory awards of attorneys' and expert witness fees and punitive damages) but shall not be empowered to award any remedies that would not have been available in a court of law for the claims presented in arbitration. The arbitrator shall apply state or federal substantive law, or both, as is applicable; (5) the arbitrator may hear motions to dismiss and/or motions for summary judgment; (6) the arbitrator's decision or award shall be in writing with findings of fact and conclusions of law; (7) any finding that a claim or counterclaim violates the standards set forth in Federal Rule of Civil Procedure 11 shall entitle the other party to recover attorneys' fees, costs, and expenses associated with defending against the claim or counterclaim; (8) either Truist or You may apply to a court of competent jurisdiction for temporary or preliminary injunctive relief on the ground that without such relief the arbitration may be rendered ineffectual; (9) under no circumstances is an arbitrator or court bound by decisions reached in separate arbitrations involving different parties; (10) the arbitrator shall honor all evidentiary privileges recognized by applicable law, including the attorney-client privilege and attorney work product doctrine; and (11) if at any time the arbitrator or arbitration administrator fails to enforce the terms of this Mutual Arbitration Agreement, either party may seek to enjoin the arbitration proceeding in a court of competent jurisdiction, and the arbitration shall automatically be stayed pending the outcome of that proceeding.

f) A single arbitrator will be selected in accordance with the rules of the administrator, and unless You and Truist agree otherwise, must be a practicing attorney with ten or more years of experience or a retired judge. Except as specifically stated herein, the arbitrator will not be bound by judicial rules of procedure and evidence that would apply in a court, or by state or local laws that relate to arbitration provisions or proceedings. A judgment on the award may be entered by any court having jurisdiction.

**Survival and Severability.** This Mutual Arbitration Agreement shall survive the closing of your account or loan or its repayment and the termination of any relationship between us, including the termination of this Security Agreement and Home Improvement Contract. Except as specified in the Class, Consolidated, Collective, and/or Representative Action Waiver, if any portion of this Mutual Arbitration Agreement is found unenforceable, it shall be severed from the Mutual Arbitration Agreement such that the remainder of this Mutual Arbitration Agreement shall be enforceable to the fullest extent permitted by law. A determination that this Mutual Arbitration Agreement is unenforceable or void in its entirety shall have no effect on the validity or enforceability of any other arbitration agreement between or applicable to the Parties.

**Effect of Arbitration Award.** The arbitrator's award shall be final and binding on all Parties, except for any right of appeal provided by the FAA. However, if the amount of the Claim exceeds $150,000 or involves a request for injunctive or declaratory relief that could foreseeably involve a cost or benefit to either party exceeding $150,000, any party can, within thirty (30) days after the entry of the award by the arbitrator, appeal the award to a three-arbitrator panel administered by the Administrator. The panel shall reconsider anew any aspect of the initial award requested by the appealing party. The decision of the panel shall be by majority vote. Reference in this Mutual Arbitration Agreement to "the arbitrator" shall mean the panel if an appeal of the arbitrator's decision has been taken. Any filing fees and other similar and usual administrative costs of such an appeal will be borne by the Party taking the appeal subject to a reallocation of the arbitrator panel as justice requires. Any final decision of the appeal panel is subject to judicial review only as provided under the FAA. No arbitration award involving the Parties will have any preclusive effect as to issues or claims in any dispute involving anyone who is not a party to the arbitration, nor will an arbitration award in prior disputes involving other parties have preclusive effect in an arbitration between the Parties to this agreement.

**Right to Opt Out – Please Read.** You may opt out of this Mutual Arbitration Agreement within thirty (30) days of opening Your account. To opt out, You, and only You personally, must notify Seller or its assignee of Your intention to opt out by submitting a written notice stating that You are opting out of this Mutual Arbitration Agreement to Service Finance Company, LLC via



Anthony Wayne Emberger
11/21/2023 7:19:11 AM ET
71.114.14.218

certified mail or by overnight carrier mail, return receipt requested using the address below:

**Service Finance Company, LLC, LLC**
**Attn: Servicing**
**555 S Federal Highway Suite 200**
**Boca Raton, Fl 33432**

This written notice must be signed by You, and not any attorney, agent, or other representative of Yours and include Your name, address, account name, and account number. In order to be effective, Your opt-out notice must be received by Seller or its assignee within thirty (30) days of opening Your Account. This is the sole and only method by which You can opt-out of this Mutual Arbitration Agreement and any attempt to reject this Mutual Arbitration Agreement by any other person or through any other method or form of notice, including the filing of a lawsuit, will be ineffective. You agree that Your opt-out of this Mutual Arbitration Agreement shall not be imputed to any other person or entity or be deemed to be a rejection of this Mutual Arbitration Agreement by any person or entity other than You. Your opt-out of this Mutual Arbitration Agreement shall not eliminate the obligation of other persons or entities who wish to reject this Mutual Arbitration Agreement to personally comply with the notice and time requirements of this paragraph. If You opt out as provided in this subparagraph, You will not be subject to any adverse action as a consequence of that decision and may pursue available legal remedies without regard to this Mutual Arbitration Agreement. If Truist does not receive proper notice of a timely opt out, You are agreeing to the terms of this Mutual Arbitration Agreement.

a)You may only opt out on behalf of Yourself. A written notice submitted to Truist indicating Your intention to opt out may apply, at most, to You. You (and Your agent or representative) may not effectuate an opt out on behalf of other individuals.

b)Your decision to opt out of this Mutual Arbitration Agreement will not relieve You of any obligation to arbitrate disputes that might arise under any other Account or agreement with Truist that contains an arbitration provision to which You may be bound as a customer. Similarly, Your decision to opt out of another arbitration provision contained in any other Account or agreement shall not relieve You of Your obligation to arbitrate disputes pursuant to this Mutual Arbitration Agreement.

**Impact on Pending Litigation.**
This Mutual Arbitration Agreement shall not affect Your existing rights with respect to any litigation between Seller or its assignee and You that is pending in a state or federal court or arbitration as of the date of this Mutual Arbitration Agreement. However, if on such date You were bound by an existing arbitration agreement with Seller or its assignee, then that agreement shall continue to apply.

**Right to Consult with an Attorney.** You have the right to consult with private counsel of Your choice, at Your own expense, with respect to any aspect of, or any Claim that may be subject to, this Mutual Arbitration Agreement.

**Jury Trial Waiver**
UNLESS YOU ARE A COVERED BORROWER UNDER THE MILITARY LENDING ACT AND TO THE EXTENT PERMITTED BY APPLICABLE LAW, FOR ANY MATTERS NOT SUBMITTED TO ARBITRATION, YOU AND WE HEREBY KNOWINGLY, VOLUNTARILY, INTENTIONALLY AND IRREVOCABLY WAIVE THE RIGHT TO A TRIAL BY JURY WITH RESPECT TO ANY LITIGATION ARISING OUT OF THIS SECURITY AGREEMENT AND HOME IMPROVEMENT CONTRACT, RELATING TO THE ACCOUNT, OR ANY OTHER DISPUTE OR CONTROVERSY BETWEEN YOU AND US OR ANY OF SELLER OR ITS ASSIGNEE'S EMPLOYEES, OFFICERS, DIRECTORS, PARENTS, CONTROLLING PERSONS, SUBSIDIARIES, AFFILIATES, SUCCESSORS, AND ASSIGNS.

**Litigation Class Action Waiver**
UNLESS YOU ARE A COVERED BORROWER UNDER THE MILITARY LENDING ACT AND TO THE EXTENT PERMITTED BY APPLICABLE LAW, FOR ANY MATTERS NOT SUBMITTED TO ARBITRATION, YOU AND WE HEREBY AGREE THAT ANY LITIGATION ARISING OUT OF THIS SECURITY AGREEMENT AND HOME IMPROVEMENT CONTRACT, RELATING TO THE ACCOUNT, OR ANY OTHER DISPUTE OR CONTROVERSY BETWEEN YOU AND US OR ANY OF SELLER'S OR ITS ASSIGNEE'S EMPLOYEES, OFFICERS, DIRECTORS, PARENTS, CONTROLLING PERSONS, SUBSIDIARIES, AFFILIATES, SUCCESSORS, AND ASSIGNS WILL PROCEED ON AN INDIVIDUAL BASIS AND WILL NOT PROCEED AS PART OF A CLASS ACTION, COLLECTIVE ACTION, PRIVATE ATTORNEY GENERAL ACTION OR OTHER REPRESENTATIVE ACTION AND YOU AND WE HEREBY KNOWINGLY, VOLUNTARILY, INTENTIONALLY AND IRREVOCABLY WAIVE ANY RIGHT TO PROCEED IN A CLASS ACTION, COLLECTIVE ACTION, PRIVATE ATTORNEY GENERAL ACTION OR OTHER REPRESENTATIVE ACTION OR TO SERVE AS A CLASS REPRESENTATIVE.

**Notices**
**ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**


Anthony Wayne Emberger
11/21/2023 7:19:11 AM ET
71.114.14.218

## *Signatures*

**NOTICE TO BUYER. (1) Do not sign this agreement before you read it or if it contains any blank spaces to be filled in. (2) You are entitled to a completely filled-in copy of this agreement. (3) You can prepay the full amount due under this agreement at any time. (4) If you desire to pay off in advance the full amount due, the amount which is outstanding will be furnished upon request.**

**BY SIGNING BELOW YOU ACKNOWLEDGE RECEIPT OF A COPY OF THIS CONTRACT.**

**Buyer**

Anthony Wayne Emberger
11/21/2023 7:19:11 AM ET
71.114.14.218

ANTHONY WAYNE EMBERGER **Date**

**Date**

**Date**

**Date**

Print buyer's address below signature if other than shown on page 1.

**Seller**

Multitaskr Construction Inc **Date**

**Disbursement Date:** **(This date is for Title 1 HUD insurance purposes and may be completed after the Contract is signed to reflect the actual disbursement date, and not any estimated disbursement date. It may appear only on the original form.)**

"Seller and all assignees of this contract are authorized to make any and all filings they deem necessary to perfect the security interest granted hereby."

### Agreement to File Financing Statements

You agree that we may, in our sole discretion and without further notice to you, file UCC-1 financing statements, including fixture filings in the applicable governmental real estate records, for the purpose of documenting our security interest in the Goods located at the property at which they were installed. You further understand and agree that our security interest is a security interest in personal property and not a security interest in your real property.

# Addendum To Retail Installment Contract

This is a **Promotional Loan**. Pursuant to the terms of this Loan, Finance Charges (Interest) will not accrue and you will not be required to make payments of interest or principal during the Promotional Period. The Promotional Period begins on the date Service Finance Company purchases the Retail Installment Contract and terminates approximately [ 12 ] months later. You will receive a monthly Statement and the exact date the Promotional Period terminates (the "Promotional Expiration Date") will be set forth on the Statement. If you pay the entire Amount Financed on or before the Promotional Expiration Date, then you will not have to pay any Finance Charge. However, if you do not pay the entire Amount Financed on or before the Promotional Expiration Date, then you will be responsible for paying the Finance Charge, which will accrue as of the first calendar day following the Promotional Expiration Date. In that case, your first payment of principal and interest will be due thirty calendar days after the Promotional Expiration Date. Late charges will apply as set forth in the Truth and Lending Disclosures as of the Promotional Expiration Date.

The Truth in Lending Disclosures are set forth on the first page of the attached Retail Installment Contract and reflect your contractual obligation under the Retail Installment Contract.

You agree that this Addendum attached to the Retail Installment Contract is a part of the Retail Installment Contract and that the terms and conditions of the Retail Installment Contract are supplemented by the terms and conditions of this Addendum. To the extent any terms and conditions of this Addendum contradict any terms and conditions of the underlying Retail Installment Contract, the terms and conditions of this Addendum will govern the issue and override the Retail Installment Contract as to that issue. Your signature(s) below means you have read, understand and agree to this Addendum to the attached Retail Installment Contract.

Anthony Wayne Emberger
11/21/2023 7:19:11 AM ET
71.114.14.218

Buyer ANTHONY WAYNE EMBERGER Date

Buyer Date

Multi-State Addendum (4316/4398/4612/4632)121619

***The terms of this this agreement are contained on more than one page.***

SERVICE FINANCE COMPANY, LLC
A subsidiary of Truist
Ph: 866.254.0497 Fax: 866.757.8122 Website: www.svcfin.com

Dealer Name: Multitaskr Construction Inc Dealer Number: 815129382

Sales Person: DEMETRIO AMAYA Sales Person Phone: 619-830-7558

Sales Amount: 100000.00 Property Improvement: PATIO ROOM Property Type: Single Family

**CONSUMER CREDIT APPLICATION**

**Primary Applicant**

**Name of Applicant:** ANTHONY WAYNE **Home Phone:** (410) 279 5709 **Cell Phone:**

**Email:** a.w.emberger@gmail.com **SSN:** DOB: 12/15/90

**Annual Income:** Monthly **Stated or SFC Income Wk or Month:** 32000.00

**Income Other than Salary** **Other Income Term:**

**Employer's Name & Business Address:** US MARINE CORP, , **No. Years:** 0

**Business Phone:** () **Currently Employed: Yes** ☑ **No** ☐

**(YOU DO NOT HAVE TO USE INCOME FROM ALIMONY, CHILD SUPPORT OR MAINTENANCE UNLESS YOU WANT IT CONSIDERED FOR THIS CREDIT APPLICATION)**

**Mailing Address:** 5930 LAUDER ST, SAN DIEGO, CA 92139-3141 **How Long:** 0

**Own or Rent:** Own **Monthly Payment:** 5,842.00

**Subject Property:** 5930 LAUDER ST SAN DIEGO, CA 92139-3141

**For WI residents if you are applying for individual credit or joint credit with someone who is not your spouse, combine your and your spouse's financial information on this form.**

**Co-Applicant**

**Name of Co-Applicant (if any):** **Home Phone:** **Cell Phone:**

**Email:** **SSN:** **DOB:**

**Annual Income:** Monthly **Stated or SFC Income Wk or Mth:**

**Income Other than Salary:** **Other Income Term:**

**Employer's Name & Business Address:** **No. Years:**

**Business Phone:** **Currently Employed: Yes** ☐ **No** ○

**(YOU DO NOT HAVE TO USE INCOME FROM ALIMONY, CHILD SUPPORT OR MAINTENANCE UNLESS YOU WANT IT CONSIDERED FOR THIS CREDIT APPLICATION)**

**Current Address:** **How Long:**

**Own or Rent:** **Monthly Payment:** **Subject Property:** **See Above**

**Address:**

By signing and submitting this application, I hereby:
(1) authorize Service Finance Company, LLC ("SFC") to process my credit application using all of the information I have provided; (2) consent to SFC sharing this information (whether this application is approved or declined) with interested third parties, including dealers that accept this application; (3) affirm that the information I have submitted is complete and truthful; (4) authorize SFC to make inquires SFC considers necessary (including requesting reports from consumer reporting agencies and other sources) in evaluating my application and, subsequently, for purposes of reviewing, maintaining or collecting on my account; (5) acknowledge that the dealer will collect information to verify my identity as required by law; (6) acknowledge that by providing us with a telephone number (including a wireless/cellular, mobile telephone number and/or email address), I consent to receiving calls and text messages from SFC, its agents, representatives, affiliates, or anyone calling on our behalf at any number provided INCLUDING THOSE MADE BY USE OF AN AUTOMATIC TELEPHONE DIALING SYSTEM ("ATDS"), and/or emails from us for our everyday business purposes (including identity verification). I understand and agree that such telephone calls include, but are not limited to, live telephone calls, prerecorded or artificial voice message calls, text messages, and calls made by an ATDS from us or our affiliates and agents. I may revoke this consent at any time. Please review our Privacy Policy for more information; (7) agree to the fees or costs that may be imposed on me by any medium of communication used by SFC listed above, even if the telephone number is a cell phone number or the contact results in charges to me, (8) consent to having my phone conversations with SFC monitored and recorded for security and quality control purposes; and 9) Upon my request SFC will advise me of the name and address of each consumer reporting agency from which SFC obtained a report.

*Anthony Wayne Emberger*
11/21/2023 7:19:11 AM ET
71.114.14.218
**Applicant Signature**
ANTHONY WAYNE EMBERGER

**Date:** 11/15/2023

☐ We Intend To Apply for Joint Credit

**Co-Applicant Signature**

**Date** 11/15/2023

Married Wisconsin Resident: Wisconsin law provides that no provision of a marital property agreement, unilateral statement under Section 766.59, Wisconsin Statutes, or a court decree under Section 766,70, Wisconsin Statutes, affecting martial property adversely affects the interest of a creditor, unless the creditor receives a copy of the agreement, statement or decree prior to granting the credit or unless the creditor has actual knowledge of the adverse position when the obligation to the creditor is incurred.

Credit Application Rev 07072023

EXHIBIT A

Equal Housing Lender

# NOTICE OF RIGHT OF RESCISSION

**(FOR REFINANCING BY A DIFFERENT LENDER OR ORIGINATION OF A NEW RESCINDABLE LOAN)**

*This Notice relates to a consumer credit transaction dated* 11/15/2023 *, between the Creditor named below and* ANTHONY WAYNE EMBERGER *(Consumer(s)).*

---

## NOTICE OF RIGHT TO CANCEL

**Your Right to Cancel**

You are entering into a transaction that will result in a mortgage/lien/security interest on/in your home. You have a legal right under federal law to cancel this transaction, without cost, within three business days from whichever of the following events occurs last:

(1) the date of the transaction, which is 11/15/2023 ; or

(2) the date you received your Truth-in-Lending disclosures; or

(3) the date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 calendar days after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on/in your home has been cancelled, and we must return to you any money or property you have given to us or to anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property, you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address at right. If we do not take possession of the money or property within 20 calendar days of your offer, you may keep it without further obligation.

**How to Cancel**

If you decide to cancel this transaction, you may do so by notifying us in writing, at

Service Finance Co. LLC.
(Name of Creditor)

555 S Federal Hwy #200 Boca Raton FL 33432
(Creditor's Business Address)

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than midnight of 11/29/2023 (date)

(or midnight of the third business day following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.

**I WISH TO CANCEL**

______________________ Consumer's Signature ______________ Date

---

## RECEIPT

*Each of the undersigned acknowledges receipt of* **2 copies** *of this Notice and warrants that the undersigned are all the persons who are a party to the credit transaction who have or may have an interest in the home at* 5930 LAUDER ST, SAN DIEGO, CA 92139-3141 .

*Consumer(s):*

*Date* ______________________

X Anthony Wayne Emberger
11/21/2023 7:19:11 AM ET
71.114.14.218

ANTHONY WAYNE EMBERGER

X ______________________

---

## CONFIRMATION

**More than 3 business days have elapsed** *since the undersigned received this Notice, and Truth-in-Lending disclosures, with regard to this transaction. The undersigned certify that the transaction has not been rescinded.*

*Consumer(s):*

*Date* ______________________

______________________

______________________

**DO NOT SIGN UNTIL 3 BUSINESS DAYS AFTER RECEIPT**

# SIGNATURE/NAME AFFIDAVIT

**DATE:** 11/15/2023

**LOAN#:** 4427888

**BORROWER:** ANTHONY WAYNE EMBERGER

**COBORROWER:**

---

**THIS IS TO CERTIFY THAT MY LEGAL SIGNATURE IS AS WRITTEN AND TYPED BELOW.**

*Anthony Wayne Emberger*
11/21/2023 7:19:11 AM ET
71.114.14.218

ANTHONY WAYNE EMBERGER

| **I AM ALSO KNOWN AS:** | **I AM ALSO KNOWN AS:** |
|---|---|
| ANTHONY WAYNE EMBERGER | |
| Anthony W Emberger | |
| | |
| | |
| | |

Affidavit 01/26/2017v3

SERVICE FINANCE COMPANY, LLC
A subsidiary of Truist

## NOTICE TO ACTIVE DUTY SERVICE MEMBERS AND DEPENDENTS

**Introduction.** You have been identified as a "Covered Borrower," as defined by the federal Military Lending Act. As such, we are required to provide the following written disclosures to you at or before the time you become obligated with respect to this financing transaction.

**Military Annual Percentage Rate Statement**.

> Federal law provides important protections to members of the Armed Forces and their dependents relating to extensions of consumer credit. In general, the cost of consumer credit to a member of the Armed Forces and his or her dependent may not exceed an annual percentage rate of 36%. This rate must include, as applicable to the credit transaction or account: the costs associated with credit insurance premiums; fees for ancillary products sold in connection with the credit transaction; any application fee charged (other than certain application fees for specified credit transactions or accounts); and any participation fee charged (other than certain participation fees for a credit card account).

**Regulation Z Disclosure and Payment Obligation Description**.

The Regulation Z Disclosures and a clear description of your payment obligation are in the "Truth-In-Lending Disclosure" and the "Payment Schedule" set forth in the Contract between you and the Seller.

**Oral Explanation of Military Annual Percentage Rate Statement and Payment Obligation**.

You may call us toll free at 866.384.2204 for a disclosure of (i) a statement of the Military Annual Percentage Rate and (ii) your payment obligations (payment schedule) applicable to this extension of credit.

By clicking on the "Click Sign" box below, you acknowledge that you have received this notice in writing and in a form you can keep.

| | |
|---|---|
| ☐ Not Applicable | ☐ Not Applicable |
| ☒ I received this notice in writing | ☐ I received this notice in writing |

Anthony Wayne Emberger
11/21/2023 7:19:11 AM ET
71.114.14.218

ANTHONY WAYNE EMBERGER

Rev 052223

# Work Order

## Multitaskr Construction Inc

2576 CATAMARAN WAY
CHULA VISTA, CA 91914
Ph#: (619) 836-2398

| Invoice |
| --- |
| 4427888 |

| Date |
| --- |
| 11/15/2023 |

**Buyer**

ANTHONY WAYNE EMBERGER
5930 LAUDER ST
SAN DIEGO, CA 92139-3141

**Project Site**

5930 LAUDER ST
SAN DIEGO, CA 92139

**Project Description**

Home Improvement Project

| Qty | Product Description | Amount |
| --- | --- | --- |
| 1 | PATIO ROOM | 100000.00 |
| | | |
| | | |
| | | |
| | | |
| | | |

**Submitted By**

DEMETRIO AMAYA
619-830-7558
DAMAYA@GOMULTITASKR.COM

| | |
| --- | --- |
| **Total Sale Price:** (including applicable tax) | 100000.00 |
| **Deposit:** | 0.00 |
| **Balance:** | 100000.00 |

Anthony Wayne Emberger
11/21/2023 7:19:11 AM ET
71.114.14.218
Signature: ______________________
ANTHONY WAYNE EMBERGER

Date: 11/15/2023

Multitaskr Construction Inc

By: ______________________
Authorized Signatory

Date: 11/15/2023

**isclaimer**

By executing this Work Order, the Buyer(s) and the Dealer individually represent and warrant to Service Finance Company: (1) that they have each executed a separate agreement that is binding upon both parties pursuant to which the Buyer shall purchase and the Dealer shall sell and, if applicable, install the product(s) described above at the Project Site for an amount equal to the Total Sale Price set forth above, (2) that the information set forth above is true and correct in all respects and accurately describes the transaction between Buyer and Dealer with respect to the project described above and (3) that Service Finance Company shall be entitled to rely on these representations and warranties in all respects.

# EXHIBIT B

## NOTICE REGARDING REQUIRED DOCUMENTATION

**THIS RETAIL INSTALLMENT CONTRACT SHALL NOT BE BINDING ON THE SELLER UNLESS THE BUYER DELIVERS ALL REQUESTED DOCUMENTATION TO THE SELLER IN A FORM SATISFACTORY TO SELLER.**

## NOTICE REGARDING WITH PAY DEFERRED INTEREST PROMOTIONAL OFFERS

****** ALL OTHER BUYERS PROCEED TO PAGE TWO******

---

## INTEREST WILL NOT BE CHARGED.

THE INTEREST DESCRIBED IN THE TRUTH-IN-LENDING DISCLOSURE WILL NOT BE CHARGED TO YOU IF YOU SUCCESSFULLY COMPLY WITH THE TERMS OF YOUR PROMOTIONAL PERIOD OFFER (WITH PAY DEFERRED INTEREST LOAN) AS SET FORTH IN THE RETAIL INSTALLMENT CONTRACT OR IN THE ADDENDUM TO THE RETAIL INSTALLMENT CONTRACT WHICH ARE INCLUDED IN THIS PACKAGE.THE TRUTH-IN-LENDING DISCLOSURE CAN BE FOUND ON PAGE ONE OF THE RETAIL INSTALLMENT CONTRACT.

**IF YOU HAVE ANY QUESTIONS PLEASE CALL SERVICE FINANCE COMPANY AT 866-254-0497.**

# Security Agreement and Home Improvement Contract

| Seller Name and Address | Buyer(s) Name(s) and Address(es) | Summary | |
|---|---|---|---|
| Multitaskr Construction Inc<br>2576 CATAMARAN WAY<br>CHULA VISTA, CA 91914-4533 | ROBERT A MACOM<br>4216 CAMINO DEL FLOR<br>OCEANSIDE, CA 92057-6479 | No.<br>Date | 4450131<br>11/29/2023 |

*"We"* and *"us"* mean the Seller above, its successors and assigns.

*"You"* and *"your"* mean each Buyer signing below, jointly and individually.

## *Truth-In-Lending Disclosure*

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid when you have made all scheduled payments. | Total Sale Price<br>The total cost of your purchase on credit, including your down payment of $ 0.00 . |
|---|---|---|---|---|
| 8.099 % | $ 58514.00 | $ 100000.00 | $ 158514.00 | $ 158514.00 |

**Payment Schedule.** Your payment schedule will be

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 12 | $ 0.00 | Monthly, beginning 30 days after the contract is purchased by Service Finance Company |
| 120 | $ 1320.95 | Monthly, beginning 30 days after the Promotional Expiration Date |
| | $ | |

**Security.** You are giving us a security interest in

☒ the Goods purchased.

☐ the following described personal property

☒ **Late Charge.** If a payment is more than 15 days late, you will be charged

5% of Payment due or $10 whichever is less .

**Prepayment.** If you pay off this Contract early, you ☐ may ☒ will not have to pay a Minimum Finance Charge.

☒ If you pay off this Contract early, you will not be entitled to a refund of part of the Additional Finance Charge.

**Contract Provisions.** You can see the terms of this Contract for any additional information about nonpayment, default, any required repayment before the scheduled date, and prepayment refunds and penalties.

*"e"* means estimate

## *Sales Agreement*

**Sale.** You agree to purchase from us the goods and/or services described below according to the terms of this Contract. The term *"Contract"* means this document and any other document which secures this Contract.

Description of Goods and/or Services Purchased PATIO ROOM

Description of Other Collateral (when services are part of transaction)

☐ **Service Contract.** With your purchase of the Goods, you agree to purchase a Service Contract to cover N/A . This Service Contract will be in effect for



EXHIBIT B
002

Robert A Macom
12/3/2023 10:29:56 PM ET
216.218.221.247

**Promise To Pay and Payment Terms.** You promise to pay us the principal amount of $ 100000.00 , plus interest on the unpaid balance at the rate of 9.990 % per year until this Contract is paid in full. Interest will begin to accrue on the first calendar day following the Promotional Expiration Date . You agree to pay this Contract according to the payment schedule and late charge provisions shown in the *Truth-In-Lending Disclosure*. You also agree to pay any additional amounts according to the terms of this Contract.

☐ The payment schedule contained in this Contract requires that you make a balloon payment of $ which is a payment more than double the amount of the regular payments. You have an absolute right to obtain a new payment schedule if you default in the payment of any balloon payment.

**Down Payment.** You also agree to pay, or apply to the Cash Price, on or before today's date, any cash, rebate and net trade-in value described in the *Itemization of the Amount Financed*.

☐ You agree to make deferred payments as part of the cash down payment as reflected in your Payment Schedule.

☐ **Additional Finance Charge.** You agree to pay an additional, nonrefundable finance charge of $ that will be ☐ paid in cash. ☐ added to the Cash Price. ☐ paid proportionally with each payment.

☐ **Minimum Finance Charge.** You agree to pay a minimum finance charge of $ if you pay this Contract in full before we have earned that much in finance charges. This minimum is in addition to any Additional Finance Charge that may be agreed to above.

**Returned Check Charge.** If you make any payment required by this Contract with a check or negotiable order of withdrawal or share draft that is returned dishonored, we may charge and collect a fee of not more than $15.00 for such an item.

**Trade-In.** The property traded in is: .

## Assignment

This Contract is assigned to Assignee (identify):

Service Finance Co. LLC.
555 S Federal Hwy #200, Boca Raton FL 33432 .

This assignment is made under the terms of a separate agreement made between the Seller and Assignee.

## Insurance Disclosures

**Credit Insurance.** Credit life, credit disability, and any other insurance coverage quoted below, are not required to obtain credit and we will not provide them unless you sign and agree to pay the additional premium. If you want such insurance, we will obtain it for you (if you qualify for coverage). We are quoting below ONLY the coverages you have chosen to purchase.

**Credit Life**

☐ Single ☐ Joint ☒ None

Premium $ Term

Insured

**Credit Disability**

☐ Single ☐ Joint ☒ None

Premium $ Term

Insured

Your signature below means you want (only) the insurance coverage(s) quoted above. If "None" is checked, you have declined the coverage we offered.

ROBERT A MACOM DOB

DOB

DOB

DOB

$ 0.00

*[This area intentionally left blank.]*



EXIBIT B
003

Robert A Macom
12/3/2023 10:29:56 PM ET
216.218.221.247

## Itemization of the Amount Financed

| | | |
|---|---|---|
| Goods and/or Services Price (not including taxes) | $ | 100000.00 |
| Service Contract (not including taxes) paid to: | $ | 0.00 |
| Taxes on the above goods and services | $ | |
| **1. Contract Price (Cash Price)** (total of the above) | $ | 100000.00 |
| Paid to Public Officials - **Filing Fees Only** | $ | 0.00 |
| Paid to Public Officials - **Other than Filing Fees** | $ | 0.00 |
| Insurance Premiums* | $ | 0.00 |
| **2. Subtotal** (line 1 plus official fees and insurance) | $ | 100000.00 |
| Amounts Paid to Others: | | |
| To: Title Services | $ | 0.00 |
| To: Credit Investigation | $ | 0.00 |
| To: | $ | |
| To: N/A | $ | 0.00 |
| To: N/A | $ | 0.00 |
| **3. Total** (line 2 plus Amounts Paid to Others) | $ | 100000.00 |
| Trade-In Allowance | $ | 0.00 |
| Less: Amount Owing | | |
| To: N/A | $ | 0.00 |
| 4. Net Trade-In | $ | 0.00 |
| 5. Deferred Down Payment | $ | 0.00 |
| 6. Manufacturer's Rebate | $ | 0.00 |
| 7. Cash Down Payment | $ | 0.00 |
| **8. Total Down Payment** (total of lines 4, 5, 6 and 7) | $ | 0.00 |

**THE DOWN PAYMENT MAY NOT EXCEED $1,000 OR 10 PERCENT OF THE CONTRACT PRICE, WHICHEVER IS LESS.**

**9. Unpaid Balance** (line 3 minus line 8) $ 100000.00

**10. Prepaid Finance Charges** $ 0.00

**11. Amount Financed** (line 9 minus line 10) $ 100000.00

## Additional Terms of the Sales Agreement

**Prepayment.** You may prepay this Contract in full or in part at any time. Any partial prepayment will not excuse any later scheduled payments until you pay in full.

A refund of any prepaid, unearned insurance premiums may be obtained from us or from the insurance company named in your policy or certificate of insurance.

**General Terms.** You have been given the opportunity to purchase the Goods and described services for the Cash Price or the Total Sale Price. The Total Sale Price is the total price of the Goods and any services if you buy them over time. You agreed to purchase the items over time. The Total Sale Price shown in the *Truth-In-Lending Disclosure* assumes that all payments will be made as scheduled. The actual amount you will pay may be more or less depending on your payment record.

We do not intend to charge or collect, and you do not agree to pay, any finance charge or fee, that is more than the maximum amount permitted by either state or federal law for this sale. If you pay a finance charge or fee that is contrary to this provision, we will, instead, apply it first to reduce the principal balance, and when the principal has been paid in full, refund it to you.

You understand and agree that we (or our affiliate) will earn commissions or fees on any insurance products, and may earn such fees on other services that you buy through us or our affiliate.

If any section or provision of this Contract is not enforceable, this Contract will remain enforceable without such section or provision.

You agree that the law of the state of California will govern this transaction, which is the state where the home to be improved is located. Federal law may also apply.

**NOTICE TO ACTIVE DUTY SERVICEMEMEBES AND DEPENDENTS:** The Military Lending Act provides protections for certain members of the Armed Forces and their dependents ("Covered Borrowers"). The provisions of this section apply to Covered Borrowers under the Military Lending Act. If you would like more information about whether you are a Covered Borrower and whether this section applies to you, please contact us at [1-866-384-2204]. Statement of MAPR. Federal law provides important protections to members of the Armed Forces and their dependents relating to extensions of consumer credit. In general, the cost of consumer credit to a member of the Armed Forces and his or her dependent may not exceed an Annual Percentage Rate of 36%. This rate must include, as applicable to the credit transaction or account: (1) the costs associated with credit insurance premiums; (2) fees for ancillary products sold in connection with the credit transaction; (3) any application fee charged (other than certain application fees for specified credit transactions or accounts); and (4) any participation fee charged (other than certain participation fees for a credit card account).). Oral Disclosures. In order to hear important Military Lending Act disclosures and payment information provided in this Note, please call [1-866-384-2204]. Applicability of Jury Trial Waiver, Class Action Waiver, Security Agreement, and Arbitration Provision. The Jury Trial Waiver, Class Action Waiver, and Arbitration Provision set forth in this Note do not apply to Covered Borrowers under the Military Lending Act.

**Default.** You will be in default on this Contract if any one of the following occurs (except as prohibited by law):

1. You fail to may a payment in full when it is due.
2. You fail to perform any obligation that you have undertaken in this Contact (which includes doing something you have agreed not to do.
3. You make any written statement or provide any financial information that is untrue or misleading at the time it is given.
4. You become a debtor in any bankruptcy proceeding, or others take legal action to collect money or repossess property from you.

" This space intentionally left blank"



EXHIBIT B
004

Robert A Macom
12/3/2023 10:29:56 PM ET
216.218.221.247

You also agree to pay our actual and reasonable costs of collection occasioned by removal of the goods from the state without our written permission, your failure to notify us of any change of residence, or your failure to communicate with us for a period of 45 days after any default in making payments due under this Contract.
If an event of default occurs as to any one of you, we may exercise our remedies against any or all of you.

**Remedies.** If you are in default on this Contract, we have all of the remedies provided by law and this Contract, which may include a personal property security agreement or real estate deed of trust.
(Sentences 3. and 4. below relate only to personal property security interests.) These include:

1. We may require you to immediately pay us, subject to any refund required by law, the remaining unpaid balance of the amount financed, finance charges and all other agreed charges.
2. We may pay taxes, assessments, or other liens or make repairs to the Property if you have not done so. We are not required to do so. Any amount we pay will be added to the amount you owe us and will be due immediately. This amount will earn interest from the date paid at the rate described in the Promise To Pay and Payment Terms section until paid in full.
3. We may require you to make the Property available to us at a place we designate that is reasonably convenient to you and us.
4. Unless you are a Covered Borrower under the Military Lending Act and to the extent permitted by applicable law, we may immediately take possession of the Property by legal process or self-help, but in doing so we may not breach the peace or unlawfully enter onto your premises. We may then sell the Property and apply what we receive as provided by law (in particular, Cal. Civil Code § 1812.4) to our reasonable expenses and then toward your obligations. You will be entitled to any surplus of the proceeds after the amount due plus expenses are collected.
5. We may, instead of repossessing the goods, pursue a judgment against you for the amount due under this Contract, which would be the amount mentioned in paragraph 1. of this section.

By deciding not to use any remedy, we do not give up our right to consider the event a default if it happens again.

In the event we repossess the goods, we must give you notice of your right to redeem, and notice of either a public sale of the goods or of our intention to keep the goods, as the case may be. You agree that, subject to your right to recover such property, we may take possession of personal property left in or on the Property securing this Contract and taken into possession as provided above.

If your obligation under this Contract is insured under the Title 1 Property Improvement Loan Regulations of the Department of Housing and Urban Development, our right to accelerate the maturity is subject to the limitations of those regulations.

This space intentionally left blank"

Robert A Macom
12/3/2023 10:29:56 PM ET
216.218.221.247

EXHIBIT B
005

**Obligations Independent.** Each person who signs this Contract agrees to pay this Contract according to its terms. This means the following:

1. You must pay this Contract even if someone else has also signed it.
2. We may release any co-buyer or guarantor and you will still be obligated to pay this Contract.
3. We may release any security and you will still be obligated to pay this Contract.
4. If we give up any of our rights, it will not affect your duty to pay this Contract.
5. If we extend new credit or renew this Contract, it will not affect your duty to pay this Contract.

**Warranty.** Warranty information is provided to you separately.

**Waiver. Unless you are a Covered Borrower under the Military Lending Act and to the extent permitted by applicable law, you agree to give up your rights to require us to do certain things. We are not required to: (1) demand payment of amounts due; (2) give notice that amounts due have not been paid, or have not been paid in the appropriate amount, time or manner; or, (3) give notice that we intend to make, or are making, this Contract immediately due.**

## *Security Agreement*

**Security.** Unless you are a Covered Borrower under the Military Lending Act and to the extent permitted by applicable law, In this Contract, the term *"Property"* refers to any collateral which secures this Contract, whether by this or separate form, as indicated immediately below.

☒ Unless you are a Covered Borrower under the Military Lending Act and to the extend permitted by applicable law, you give us a security interest in the goods (Goods) and in any other collateral described above, plus all accessions to such Property.

**Additional Security.** Unless you are a Covered Borrower under the Military Lending Act and to the extent permitted by applicable law, you also assign to us and give us a security interest in proceeds and premium refunds of any insurance and service contracts purchased with this Contract.

**Ownership and Duties Toward Property.** If you give us a security interest or a real estate mortgage or deed of trust in Property, (as shown in the *Security* section and *Truth-In-Lending Disclosure*) you represent and agree to the following:

1. You will defend our interests in the Property against claims made by anyone else. You will do whatever is necessary to keep our claim to the Property valid.
2. The security interest you are giving us in the Property comes ahead of the claim of any other general or secured creditor except as disclosed to us by you and agreed to in writing by us. You agree to sign any additional documents or provide us with any additional information we may require to keep the priority of our claim to the Property. You will not do anything to change our interest in the Property.
3. You will keep the Property in your possession in good condition and repair. You will use the Property for its intended and lawful purposes. Unless otherwise agreed in writing, the Property will be located at your address listed on page 1 of this Contract.
4. You will not attempt to sell the Property (unless it is properly identified inventory) or otherwise transfer any rights in the Property to anyone else, without our prior written consent. You will not permit the Property to become attached to any real estate without first providing us an opportunity to preserve our priority status.
5. You will pay all taxes and assessments on the Property as they become due.
6. You will notify us of any loss or damage to the Property. You will provide us reasonable access to the Property for the purpose of inspection. Our entry and inspection must be accomplished lawfully, and without breaching the peace.

**Insurance.** If this Contract is secured, you agree to buy property insurance on the Property protecting against loss and physical damage and subject to a maximum deductible amount indicated in the *Property Insurance* section, or as we will otherwise require. You will name us as loss payee on any such policy. Borrower under the Military Lending Act and to the extent permitted by applicable law in the event of loss or damage to the Property, we may require additional security or assurances of payment before we allow insurance proceeds to be used to repair or replace the Property. You agree that if the insurance proceeds do not cover the amounts you still owe us, you will pay the difference. You may purchase or provide the insurance through any insurance company reasonably acceptable to us. You will keep the insurance in effect until this Contract is paid in full.

If this contract is secured and you fail to obtain or maintain this insurance, or name us as a loss payee, we may obtain insurance to protect our interest in the Property. This insurance may include coverages beyond those initially required of you. This insurance may be written by a company other than one you would choose. It may be written at a rate higher than a rate you could obtain if you purchased the property insurance required by this Contract. We will add the premium for this insurance to the amount you owe us. Any amount we pay will be due immediately. This amount will earn interest from the date paid at the rate described in the *Promise To Pay and Payment Terms* section until paid in full.

**READ THIS PROVISION ("Mutual Arbitration Agreement")** CAREFULLY BECAUSE IT HAS A SUBSTANTIAL IMPACT ON HOW DISPUTES AND CLAIMS YOU AND WE HAVE AGAINST EACH OTHER ARE RESOLVED.

THIS ARBITRATION AGREEMENT DOES NOT APPLY IF, AS OF THE DATE OF THIS AGREEMENT, YOU ARE A COVERED BORROWER UNDER THE MILITARY LENDING ACT.

IF YOU WOULD LIKE MORE INFORMATION ABOUT WHETHER YOU ARE COVERED BY THE MILITARY LENDING ACT, IN WHICH CASE THIS ARBITRATION PROVISION DOES NOT APPLY TO YOU, PLEASE CONTACT US AT 866-384-2204.



Robert A Macom
12/3/2023 10:29:56 PM ET
216.218.221.247

**For any Claim, defined below, subject to arbitration, neither You nor we will have the right to:**
(1) have a court or a jury decide the Claim; (2) engage in information-gathering (discovery) to the same extent as in court; (3) participate in a class action in court or in arbitration; or (4) join or consolidate a Claim with claims of any other person. The right to appeal is more limited in arbitration than in court and other rights in court may be unavailable or limited in arbitration. Unless You choose to opt out of mutual arbitration in the manner and time specified below, You and we mutually agree that, if either party demands arbitration, the Parties will resolve any and all disputes between them exclusively through final, binding, and individual arbitration under the terms of this Mutual Arbitration Agreement, including its pre-arbitration dispute resolution process, instead of filing or proceeding with a lawsuit in court (except as otherwise provided below). However, this Mutual Arbitration Agreement does not cover disputes that, as a matter of law, may not be subject to pre-dispute arbitration agreements.

**Requirement to Arbitrate.** Upon the demand of You or us, any Claim(s) will be resolved by individual (as opposed to class, consolidated, collective, or representative) binding arbitration under the terms specified in this Mutual Arbitration Agreement. A "Claim" subject to arbitration is any claim, cause of action, dispute, or controversy between You and us (other than an Excluded Claim or Proceeding as defined below), whether preexisting, present, or future, which arises out of or relates to the Sales Agreement, this Security Agreement and Home Improvement Contract, any transaction conducted with us in connection with them, or any aspect of our relationship. "Claim" has the broadest possible meaning and includes initial claims, counterclaims, cross-claims, third-party claims, and federal, state, local, and administrative claims. It includes disputes based in contract, tort, consumer rights, fraud, and other intentional torts, a state or the federal Constitution, statute, regulation, ordinance, common law, and equity, and includes claims for money damages and injunctive or declaratory relief. "Claim" also includes disputes concerning the use or disclosure of information about You or us, as well as disputes concerning communications involving telephones, cell phones, automatic dialing systems, artificial or prerecorded voice messages, text messages, emails, or facsimile machines, such as alleged violations of the Telephone Consumer Protection Act and other statutes or regulations involving telemarketing.

**Special Definition of "We," "Us," "Our," and "Parties."** Solely for purposes of this Mutual Arbitration Agreement, the terms "Seller," "we," "us," "our," and "Parties," in addition to the meanings set forth in this Security Agreement and Home Improvement Contract, also refer to Seller's and its assignees and their employees, agents, officers, directors, parents, controlling persons, subsidiaries, affiliates, predecessors, successors, and assigns. The "Parties" refers to both You and Seller and its assignees and their employees, agents, officers, directors, parents, controlling persons, subsidiaries, affiliates, predecessors, successors, and assigns."We," "us," "our," and "Parties" also apply to third parties if You or Seller assert a Claim against such third parties in connection with a Claim You assert against us or Seller asserts against You.

**Excluded Claims and Proceedings.** Notwithstanding the foregoing, "Claim" does not include any individual action brought by You or us in small claims court or Your state's equivalent court, unless such action is transferred, removed, or appealed to a different court or the matter is not brought on an individual basis (i.e., a class, consolidated, collective, or representative basis). In addition, nothing in this Mutual Arbitration Agreement prevents You or us from exercising of any self-help rights. Any individual action in court by You or us that is limited to preventing the other party from using a self-help remedy and that does not involve a request for damages or monetary relief of any kind does not constitute a "Claim" that must be arbitrated. The institution and/or maintenance of any such right, action, or litigation shall not constitute a waiver of the right of either of the Parties to compel arbitration regarding any other dispute subject to arbitration pursuant to this Mutual Arbitration Agreement. Moreover, the term "Claim" also does not include any disagreement over the arbitrability of a dispute, whether a dispute can or must be arbitrated, or whether this Mutual Arbitration Agreement or any aspect thereof is unenforceable, or any dispute regarding the provisions labeled "Pre-Arbitration Dispute Resolution" or "Class, Consolidated, Collective, and/or Representative Action Waiver," including whether they are unenforceable or have been breached; such disputes or issues must be decided only by a court of competent jurisdiction and not by an arbitrator or arbitration administrator.

**Federal Arbitration Act.** Notwithstanding any choice of law or other provision in this Security Agreement and Home Improvement Contract, the Parties agree and acknowledge that this agreement evidences a transaction involving interstate commerce and that the Federal Arbitration Act (Title 9 of the United States Code) ("FAA") shall govern its interpretation and enforcement and proceedings pursuant thereto. The Parties expressly agree that this Mutual Arbitration Agreement shall be governed by the FAA even in the event You and/or Truist are otherwise exempted from the FAA. If for whatever reason the rules and procedures of the FAA cannot apply, the state law governing arbitration agreements in the state in which You reside shall apply.

**Arbitration Procedures.**
a) Pre-Arbitration Dispute Resolution: The Parties agree that good faith informal efforts to resolve a dispute often can result in a prompt, low-cost, and mutually beneficial outcome. As a result, before commencing arbitration, the Parties must engage in a good faith effort to resolve any Claim covered by this Mutual Arbitration Agreement by providing a written notice of dispute and participating in an informal dispute resolution conference. The party who wishes to assert a Claim must first give notice to the other party in writing of the intent to initiate arbitration ("Notice of Pre-Arbitration Dispute"). A Notice of Pre-Arbitration Dispute must contain the claimant's name, telephone number, mailing address, and e-mail address, the account or loan number of any account or loan at issue, a factual description of the nature and basis of the dispute, including the basis and amount of any claimed damages, the amount that the claimant is seeking for resolution of the dispute, and the original personal signature of the party (a digital, electronic, copied, or



Robert A Macom
8/3/2023 10:29:56 PM ET
216.218.221.247

facsimile signature is not sufficient) and, if the claimant is represented by counsel, a signed statement authorizing the other party to share information about the account or loan and the Claim with such counsel. After the Notice of Pre-Arbitration Dispute is provided, the Parties will engage in an informal dispute resolution conference by telephone or videoconference to discuss the Claim and see if a resolution can be reached. If either party is represented by counsel, that party's counsel may participate in the conference, but both You and a Truist representative must personally participate in the conference unless You and we agree otherwise in writing. For the protection of Your confidential account or loan information, multiple customers cannot participate in the same informal dispute resolution conference unless mutually agreed to by all Parties. The informal dispute resolution conference shall occur within sixty (60) days of receipt of the Notice of Pre-Arbitration Dispute, unless an extension is mutually agreed to by the Parties. The Parties shall negotiate in good faith to select a mutually agreeable time. Nothing in this Mutual Arbitration Agreement shall prohibit the Parties from engaging in informal communications to resolve the initiating party's Claim at any time, including before the informal dispute resolution conference. Engaging in an informal dispute resolution conference is a requirement that must be fulfilled before commencing arbitration. The Parties agree that the statute of limitations shall be tolled between the period when a fully complete Notice of Pre-Arbitration Dispute Resolution is received and the completion of the informal dispute resolution conference. If You are initiating the Claim, the Notice of Pre-Arbitration Dispute must be clearly marked "Notice of Pre-Arbitration Dispute" and delivered to Truist Bank Legal Department, Attn: Notice of Pre-Arbitration Dispute, Mail Code 306-40-01-15, 1001 Semmes Avenue, Richmond, VA 23224. If we are initiating the Claim, we will send the Notice of Pre-Arbitration Dispute to the most recent address for You in our files. If any offers of settlement are discussed by the Parties, such information about the proposed settlement will not be disclosed in the arbitration. The Pre-Arbitration Dispute Resolution and informal dispute resolution conference requirements are essential in order to give the Parties a meaningful chance to resolve Claims informally. If any aspect of these requirements has not been met, the Parties agree that a court can enjoin the filing or prosecution of an arbitration, and, unless prohibited by law, no arbitration provider shall either accept or administer the arbitration or assess fees in connection with such an arbitration.

b) After completion of the informal dispute resolution conference, if the Claim remains unresolved, either You or Truist may initiate arbitration by submitting a demand for arbitration to the arbitration administrator. The demand must include (1) the name, telephone number, mailing address, and e-mail address of the party seeking arbitration; (2) the account or loan number of any account at issue; (3) a statement of the legal claims being asserted and the factual basis of those claims; (4) a description of the remedy sought and an accurate, good-faith calculation of the amount in controversy, enumerated in United States Dollars (any request for injunctive relief or attorneys' fees shall not count toward the calculation of the amount in controversy unless such injunctive relief seeks the payment of money); (5) the original personal signature of the party seeking arbitration (a digital, electronic, copied, or facsimile signature is not sufficient); and (6) the party's portion of the applicable filing fee. The party initiating arbitration must serve the demand on the other party via certified mail, return receipt requested, or hand delivery. If the party seeking arbitration is represented by counsel, counsel must also provide an original personal signature on the demand for arbitration (a digital, electronic, copied, or facsimile signature is not sufficient). Counsel must also provide a certification that, to the best of counsel's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, (1) the demand for arbitration is not being presented for any improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of dispute resolution; (2) the claims and other legal contentions are warranted by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law or for establishing new law; and (3) the factual contentions have evidentiary support, or if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery. Any demand for arbitration by You must be delivered to Truist Bank Legal Department, Attn: Arbitration Election, Mail Code 306-40-01-15, 1001 Semmes Avenue, Richmond, VA 23224, and any demand for arbitration by us must be sent to the most recent address for You in our files.

c) Any arbitration hearing must take place in a venue reasonably convenient to You. If a party files a lawsuit in court asserting any Claim(s) that are subject to arbitration and the other party demands arbitration or files a motion to compel arbitration with the court which is granted, it will be the responsibility of the party bringing the Claim(s) to follow the pre-arbitration dispute resolution procedures and – if the dispute is not resolved - to commence the arbitration proceeding with an arbitration administrator in accordance with this Mutual Arbitration Agreement and the administrator's rules and procedures. Nothing in that litigation shall constitute a waiver of any rights under this Mutual Arbitration Agreement.

d) The arbitration will be administered by JAMS, 18881 Von Karman Ave., Suite 350, Irvine, CA 92612, www.jamsadr.com, 800-352-5267. The rules and forms of JAMS may be obtained by writing to JAMS at the address listed above or visiting their website. If JAMS cannot or will not administer the arbitration in accordance with this Mutual Arbitration Agreement, the Parties may agree upon another administrator, or if they are unable to agree, a court shall determine the administrator.

Robert A Macom

12/3/2023 10:29:56 PM ET
216.218.221.247

No company may serve as administrator if it fails to abide by the terms of this Mutual Arbitration Agreement unless all Parties otherwise consent. The arbitration will proceed in accordance with this Mutual Arbitration Agreement and the administrator's rules and procedures in effect at the time of commencement of the arbitration, including any streamlined or expedited arbitration rules, but in the event of a conflict between the two, the provisions of this Mutual Arbitration Agreement shall supersede any and all conflicting arbitration administrator's rules or procedures. To the extent there is a dispute over which arbitration provider shall administer the arbitration, only a court (and not an arbitrator or arbitration administrator) can resolve that dispute, and the arbitration shall be stayed until the court resolves that dispute.

e) In addition to all other requirements in this Mutual Arbitration Agreement, the following provisions shall apply to all arbitrations between the Parties: (1) Seller or its assignee and You shall equally share filing fees and other similar and usual administrative costs unless otherwise provided by the rules of the administrator. Seller or its assignee shall pay any costs that are uniquely associated with arbitration, such as payment of the arbitrator's fees and room rental; (2) both Parties agree not to oppose or interfere with any negotiations or agreements between the other Party and the arbitration administrator relating to a party's portion of the fees. The arbitrator, however, may disallow any private agreement between an administrator, on the one hand, and the negotiating party, on the other hand, if the arbitrator believes that the private agreement undermines his or her neutrality as arbitrator; (3) the arbitrator may issue orders (including subpoenas to third parties) allowing the Parties to conduct discovery sufficient to allow each party to prepare that party's claims and/or defenses, taking into consideration that arbitration is designed to be a speedy and efficient method for resolving disputes; (4) except as provided in the Class, Consolidated, Collective, and/or Representative Action Waiver, the arbitrator may award all remedies to which a party is entitled under applicable law and which would otherwise be available in a court of law under the circumstances (including statutory awards of attorneys' and expert witness fees and punitive damages) but shall not be empowered to award any remedies that would not have been available in a court of law for the claims presented in arbitration. The arbitrator shall apply state or federal substantive law, or both, as is applicable; (5) the arbitrator may hear motions to dismiss and/or motions for summary judgment; (6) the arbitrator's decision or award shall be in writing with findings of fact and conclusions of law; (7) any finding that a claim or counterclaim violates the standards set forth in Federal Rule of Civil Procedure 11 shall entitle the other party to recover attorneys' fees, costs, and expenses associated with defending against the claim or counterclaim; (8) either Truist or You may apply to a court of competent jurisdiction for temporary or preliminary injunctive relief on the ground that without such relief the arbitration may be rendered ineffectual; (9) under no circumstances is an arbitrator or court bound by decisions reached in separate arbitrations involving different parties; (10) the arbitrator shall honor all evidentiary privileges recognized by applicable law, including the attorney-client privilege and attorney work product doctrine; and (11) if at any time the arbitrator or arbitration administrator fails to enforce the terms of this Mutual Arbitration Agreement, either party may seek to enjoin the arbitration proceeding in a court of competent jurisdiction, and the arbitration shall automatically be stayed pending the outcome of that proceeding.

f) A single arbitrator will be selected in accordance with the rules of the administrator, and unless You and Truist agree otherwise, must be a practicing attorney with ten or more years of experience or a retired judge. Except as specifically stated herein, the arbitrator will not be bound by judicial rules of procedure and evidence that would apply in a court, or by state or local laws that relate to arbitration provisions or proceedings. A judgment on the award may be entered by any court having jurisdiction.

**Survival and Severability.** This Mutual Arbitration Agreement shall survive the closing of your account or loan or its repayment and the termination of any relationship between us, including the termination of this Security Agreement and Home Improvement Contract. Except as specified in the Class, Consolidated, Collective, and/or Representative Action Waiver, if any portion of this Mutual Arbitration Agreement is found unenforceable, it shall be severed from the Mutual Arbitration Agreement such that the remainder of this Mutual Arbitration Agreement shall be enforceable to the fullest extent permitted by law. A determination that this Mutual Arbitration Agreement is unenforceable or void in its entirety shall have no effect on the validity or enforceability of any other arbitration agreement between or applicable to the Parties.

**Effect of Arbitration Award.** The arbitrator's award shall be final and binding on all Parties, except for any right of appeal provided by the FAA. However, if the amount of the Claim exceeds $150,000 or involves a request for injunctive or declaratory relief that could foreseeably involve a cost or benefit to either party exceeding $150,000, any party can, within thirty (30) days after the entry of the award by the arbitrator, appeal the award to a three-arbitrator panel administered by the Administrator. The panel shall reconsider anew any aspect of the initial award requested by the appealing party. The decision of the panel shall be by majority vote. Reference in this Mutual Arbitration Agreement to "the arbitrator" shall mean the panel if an appeal of the arbitrator's decision has been taken. Any filing fees and other similar and usual administrative costs of such an appeal will be borne by the Party taking the appeal subject to a reallocation of the arbitrator panel as justice requires. Any final decision of the appeal panel is subject to judicial review only as provided under the FAA. No arbitration award involving the Parties will have any preclusive effect as to issues or claims in any dispute involving anyone who is not a party to the arbitration, nor will an arbitration award in prior disputes involving other parties have preclusive effect in an arbitration between the Parties to this agreement.

**Right to Opt Out – Please Read.** You may opt out of this Mutual Arbitration Agreement within thirty (30) days of opening Your account. To opt out, You, and only You personally, must notify Seller or its assignee of Your intention to opt out by submitting a written notice stating that You are opting out of this Mutual Arbitration Agreement to Service Finance Company, LLC via

Robert A Macom
12/3/2023 10:29:56 PM ET
216.218.221.247

EXHIBIT B
009

certified mail or by overnight carrier mail, return receipt requested using the address below:

**Service Finance Company, LLC, LLC**
**Attn: Servicing**
**555 S Federal Highway Suite 200**
**Boca Raton, Fl 33432**

This written notice must be signed by You, and not any attorney, agent, or other representative of Yours and include Your name, address, account name, and account number. In order to be effective, Your opt-out notice must be received by Seller or its assignee within thirty (30) days of opening Your Account. This is the sole and only method by which You can opt-out of this Mutual Arbitration Agreement and any attempt to reject this Mutual Arbitration Agreement by any other person or through any other method or form of notice, including the filing of a lawsuit, will be ineffective. You agree that Your opt-out of this Mutual Arbitration Agreement shall not be imputed to any other person or entity or be deemed to be a rejection of this Mutual Arbitration Agreement by any person or entity other than You. Your opt-out of this Mutual Arbitration Agreement shall not eliminate the obligation of other persons or entities who wish to reject this Mutual Arbitration Agreement to personally comply with the notice and time requirements of this paragraph. If You opt out as provided in this subparagraph, You will not be subject to any adverse action as a consequence of that decision and may pursue available legal remedies without regard to this Mutual Arbitration Agreement. If Truist does not receive proper notice of a timely opt out, You are agreeing to the terms of this Mutual Arbitration Agreement.

a)You may only opt out on behalf of Yourself. A written notice submitted to Truist indicating Your intention to opt out may apply, at most, to You. You (and Your agent or representative) may not effectuate an opt out on behalf of other individuals.

b)Your decision to opt out of this Mutual Arbitration Agreement will not relieve You of any obligation to arbitrate disputes that might arise under any other Account or agreement with Truist that contains an arbitration provision to which You may be bound as a customer. Similarly, Your decision to opt out of another arbitration provision contained in any other Account or agreement shall not relieve You of Your obligation to arbitrate disputes pursuant to this Mutual Arbitration Agreement.

**Impact on Pending Litigation.**
This Mutual Arbitration Agreement shall not affect Your existing rights with respect to any litigation between Seller or its assignee and You that is pending in a state or federal court or arbitration as of the date of this Mutual Arbitration Agreement. However, if on such date You were bound by an existing arbitration agreement with Seller or its assignee, then that agreement shall continue to apply.

**Right to Consult with an Attorney.** You have the right to consult with private counsel of Your choice, at Your own expense, with respect to any aspect of, or any Claim that may be subject to, this Mutual Arbitration Agreement.

**Jury Trial Waiver**
UNLESS YOU ARE A COVERED BORROWER UNDER THE MILITARY LENDING ACT AND TO THE EXTENT PERMITTED BY APPLICABLE LAW, FOR ANY MATTERS NOT SUBMITTED TO ARBITRATION, YOU AND WE HEREBY KNOWINGLY, VOLUNTARILY, INTENTIONALLY AND IRREVOCABLY WAIVE THE RIGHT TO A TRIAL BY JURY WITH RESPECT TO ANY LITIGATION ARISING OUT OF THIS SECURITY AGREEMENT AND HOME IMPROVEMENT CONTRACT, RELATING TO THE ACCOUNT, OR ANY OTHER DISPUTE OR CONTROVERSY BETWEEN YOU AND US OR ANY OF SELLER OR ITS ASSIGNEE'S EMPLOYEES, OFFICERS, DIRECTORS, PARENTS, CONTROLLING PERSONS, SUBSIDIARIES, AFFILIATES, SUCCESSORS, AND ASSIGNS.

**Litigation Class Action Waiver**
UNLESS YOU ARE A COVERED BORROWER UNDER THE MILITARY LENDING ACT AND TO THE EXTENT PERMITTED BY APPLICABLE LAW, FOR ANY MATTERS NOT SUBMITTED TO ARBITRATION, YOU AND WE HEREBY AGREE THAT ANY LITIGATION ARISING OUT OF THIS SECURITY AGREEMENT AND HOME IMPROVEMENT CONTRACT, RELATING TO THE ACCOUNT, OR ANY OTHER DISPUTE OR CONTROVERSY BETWEEN YOU AND US OR ANY OF SELLER'S OR ITS ASSIGNEE'S EMPLOYEES, OFFICERS, DIRECTORS, PARENTS, CONTROLLING PERSONS, SUBSIDIARIES, AFFILIATES, SUCCESSORS, AND ASSIGNS WILL PROCEED ON AN INDIVIDUAL BASIS AND WILL NOT PROCEED AS PART OF A CLASS ACTION, COLLECTIVE ACTION, PRIVATE ATTORNEY GENERAL ACTION OR OTHER REPRESENTATIVE ACTION AND YOU AND WE HEREBY KNOWINGLY, VOLUNTARILY, INTENTIONALLY AND IRREVOCABLY WAIVE ANY RIGHT TO PROCEED IN A CLASS ACTION, COLLECTIVE ACTION, PRIVATE ATTORNEY GENERAL ACTION OR OTHER REPRESENTATIVE ACTION OR TO SERVE AS A CLASS REPRESENTATIVE.

**Notices**
**ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

Robert A Macom
12/3/2023 10:29:56 PM ET
2[illegible].221.247

## Signatures

**NOTICE TO BUYER. (1) Do not sign this agreement before you read it or if it contains any blank spaces to be filled in. (2) You are entitled to a completely filled-in copy of this agreement. (3) You can prepay the full amount due under this agreement at any time. (4) If you desire to pay off in advance the full amount due, the amount which is outstanding will be furnished upon request.**
**BY SIGNING BELOW YOU ACKNOWLEDGE RECEIPT OF A COPY OF THIS CONTRACT.**

**Buyer**

Robert A Macom
12/3/2023 10:29:56 PM ET
216.218.221.247

ROBERT A MACOM **Date**

**Date**

**Date**

**Date**

Print buyer's address below signature if other than shown on page 1.

**Seller**

Demetrio Amaya
12/4/2023 11:55:28 AM ET
68.6.160.108

Multitaskr Construction Inc **Date**

**Disbursement Date:** **(This date is for Title 1 HUD insurance purposes and may be completed after the Contract is signed to reflect the actual disbursement date, and not any estimated disbursement date. It may appear only on the original form.)**

"Seller and all assignees of this contract are authorized to make any and all filings they deem necessary to perfect the security interest granted hereby."

### Agreement to File Financing Statements

You agree that we may, in our sole discretion and without further notice to you, file UCC-1 financing statements, including fixture filings in the applicable governmental real estate records, for the purpose of documenting our security interest in the Goods located at the property at which they were installed. You further understand and agree that our security interest is a security interest in personal property and not a security interest in your real property.

# Addendum To Retail Installment Contract

This is a **Promotional Loan.** Pursuant to the terms of this Loan, Finance Charges (Interest) will not accrue and you will not be required to make payments of interest or principal during the Promotional Period. The Promotional Period begins on the date Service Finance Company purchases the Retail Installment Contract and terminates approximately [ 12 ] months later. You will receive a monthly Statement and the exact date the Promotional Period terminates (the "Promotional Expiration Date") will be set forth on the Statement. If you pay the entire Amount Financed on or before the Promotional Expiration Date, then you will not have to pay any Finance Charge. However, if you do not pay the entire Amount Financed on or before the Promotional Expiration Date, then you will be responsible for paying the Finance Charge, which will accrue as of the first calendar day following the Promotional Expiration Date. In that case, your first payment of principal and interest will be due thirty calendar days after the Promotional Expiration Date. Late charges will apply as set forth in the Truth and Lending Disclosures as of the Promotional Expiration Date.

The Truth in Lending Disclosures are set forth on the first page of the attached Retail Installment Contract and reflect your contractual obligation under the Retail Installment Contract.

You agree that this Addendum attached to the Retail Installment Contract is a part of the Retail Installment Contract and that the terms and conditions of the Retail Installment Contract are supplemented by the terms and conditions of this Addendum. To the extent any terms and conditions of this Addendum contradict any terms and conditions of the underlying Retail Installment Contract, the terms and conditions of this Addendum will govern the issue and override the Retail Installment Contract as to that issue. Your signature(s) below means you have read, understand and agree to this Addendum to the attached Retail Installment Contract.




Buyer ROBERT A MACOM Date

Buyer Date

Multi-State Addendum (4316/4398/4612/4632)121619

***The terms of this this agreement are contained on more than one page.***

SERVICE FINANCE COMPANY, LLC
A subsidiary of Truist
Ph: 866.254.0497 Fax: 866.757.8122 Website: www.svcfin.com

Dealer Name: Multitaskr Construction Inc Dealer Number: 815129382

Sales Person: DEMETRIO AMAYA Sales Person Phone: 619-830-7558

Sales Amount: 100000.00 Property Improvement: PATIO ROOM Property Type: Single Family

**CONSUMER CREDIT APPLICATION**

**Primary Applicant**

**Name of Applicant:** ROBERT A MACOM **Home Phone:** (330) 814 5254 **Cell Phone:**

**Email:** bobmacon@gmail.com **SSN:** DOB: 11/30/93

**Annual Income:** Monthly **Stated or SFC Income Wk or Month:** 37000.00

**Income Other than Salary** **Other Income Term:**

**Employer's Name & Business Address:** DEPARTMENT OF DEFENSE, , **No. Years:** 0

**Business Phone:** () **Currently Employed: Yes** ☑ **No** ☐

**(YOU DO NOT HAVE TO USE INCOME FROM ALIMONY, CHILD SUPPORT OR MAINTENANCE UNLESS YOU WANT IT CONSIDERED FOR THIS CREDIT APPLICATION)**

**Mailing Address:** 4216 CAMINO DEL FLOR, OCEANSIDE, CA 92057-6479 **How Long:** 0

**Own or Rent:** Own **Monthly Payment:** 5,407.00

**Subject Property:** 4216 CAMINO DEL FLOR OCEANSIDE, CA 92057-6479

**For WI residents if you are applying for individual credit or joint credit with someone who is not your spouse, combine your and your spouse's financial information on this form.**

**Co-Applicant**

**Name of Co-Applicant (if any):** **Home Phone:** **Cell Phone:**

**Email:** **SSN:** **DOB:**

**Annual Income:** Monthly **Stated or SFC Income Wk or Mth:**

**Income Other than Salary:** **Other Income Term:**

**Employer's Name & Business Address:** **No. Years:**

**Business Phone:** **Currently Employed: Yes** ☐ **No** ○

**(YOU DO NOT HAVE TO USE INCOME FROM ALIMONY, CHILD SUPPORT OR MAINTENANCE UNLESS YOU WANT IT CONSIDERED FOR THIS CREDIT APPLICATION)**

**Current Address:** **How Long:**

**Own or Rent:** **Monthly Payment:** **Subject Property:** **See Above**

**Address:**

By signing and submitting this application, I hereby:
(1) authorize Service Finance Company, LLC ("SFC") to process my credit application using all of the information I have provided; (2) consent to SFC sharing this information (whether this application is approved or declined) with interested third parties, including dealers that accept this application; (3) affirm that the information I have submitted is complete and truthful; (4) authorize SFC to make inquires SFC considers necessary (including requesting reports from consumer reporting agencies and other sources) in evaluating my application and, subsequently, for purposes of reviewing, maintaining or collecting on my account; (5) acknowledge that the dealer will collect information to verify my identity as required by law; (6) acknowledge that by providing us with a telephone number (including a wireless/cellular, mobile telephone number and/or email address), I consent to receiving calls and text messages from SFC, its agents, representatives, affiliates, or anyone calling on our behalf at any number provided INCLUDING THOSE MADE BY USE OF AN AUTOMATIC TELEPHONE DIALING SYSTEM ("ATDS"), and/or emails from us for our everyday business purposes (including identity verification). I understand and agree that such telephone calls include, but are not limited to, live telephone calls, prerecorded or artificial voice message calls, text messages, and calls made by an ATDS from us or our affiliates and agents. I may revoke this consent at any time. Please review our Privacy Policy for more information; (7) agree to the fees or costs that may be imposed on me by any medium of communication used by SFC listed above, even if the telephone number is a cell phone number or the contact results in charges to me, (8) consent to having my phone conversations with SFC monitored and recorded for security and quality control purposes; and 9) Upon my request SFC will advise me of the name and address of each consumer reporting agency from which SFC obtained a report.

Robert A Macom
12/3/2023 10:29:56 PM ET
216.218.221.247
**Applicant Signature**
ROBERT A MACOM

**Date:** 11/29/2023

☐ We Intend To Apply for Joint Credit

**Co-Applicant Signature**

**Date** 11/29/2023

Credit Application Rev 07072023

Married Wisconsin Resident: Wisconsin law provides that no provision of a marital property agreement, unilateral statement under Section 766.59, Wisconsin Statutes, or a court decree under Section 766,70, Wisconsin Statutes, affecting martial property adversely affects the interest of a creditor, unless the creditor receives a copy of the agreement, statement or decree prior to granting the credit or unless the creditor has actual knowledge of the adverse position when the obligation to the creditor is incurred.

Equal Housing Lender

# NOTICE OF RIGHT OF RESCISSION

## (FOR REFINANCING BY A DIFFERENT LENDER OR ORIGINATION OF A NEW RESCINDABLE LOAN)

*This Notice relates to a consumer credit transaction dated* 11/29/2023 *, between the Creditor named below and* ROBERT A MACOM *(Consumer(s)).*

**NOTICE OF RIGHT TO CANCEL**

**Your Right to Cancel**

You are entering into a transaction that will result in a mortgage/lien/security interest on/in your home. You have a legal right under federal law to cancel this transaction, without cost, within three business days from whichever of the following events occurs last:

(1) the date of the transaction, which is 11/29/2023 ; or

(2) the date you received your Truth-in-Lending disclosures; or

(3) the date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 calendar days after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on/in your home has been cancelled, and we must return to you any money or property you have given to us or to anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property, you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address at right. If we do not take possession of the money or property within 20 calendar days of your offer, you may keep it without further obligation.

**How to Cancel**

If you decide to cancel this transaction, you may do so by notifying us in writing, at

Service Finance Co. LLC.
(Name of Creditor)

555 S Federal Hwy #200 Boca Raton FL 33432
(Creditor's Business Address)

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than midnight of 12/8/2023 (date)

(or midnight of the third business day following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.

**I WISH TO CANCEL**

Consumer's Signature ______________ Date ______________

**RECEIPT**

*Each of the undersigned acknowledges receipt of* **2 copies** *of this Notice and warrants that the undersigned are all the persons who are a party to the credit transaction who have or may have an interest in the home at* 4216 CAMINO DEL FLOR, OCEANSIDE, CA 92057-6479 .

*Consumer(s):*

*Date* ______________

X Robert A Macom
12/3/2023 10:29:56 PM ET
216.218.221.247
ROBERT A MACOM

X ______________

**CONFIRMATION**

**More than 3 business days have elapsed** *since the undersigned received this Notice, and Truth-in-Lending disclosures, with regard to this transaction. The undersigned certify that the transaction has not been rescinded.*

*Consumer(s):*

*Date* ______________ ______________

Routing: Original to Lender - Two Copies to Each Consumer

**DO NOT SIGN UNTIL 3 BUSINESS DAYS AFTER RECEIPT**

Bankers Systems, Inc., St. Cloud, MN (1-800-397-2341) Form RR-GEN 1/25/93

EXHIBIT B

*(page 1 of 1)*

# SIGNATURE/NAME AFFIDAVIT

**DATE:** 11/29/2023

**LOAN#:** 4450131

**BORROWER:** ROBERT A MACOM

**COBORROWER:**

---

**THIS IS TO CERTIFY THAT MY LEGAL SIGNATURE IS AS WRITTEN AND TYPED BELOW.**

Robert A Macom
12/3/2023 10:29:56 PM ET
216.218.221.247

______________________________ ______________________________

ROBERT A MACOM

**I AM ALSO KNOWN AS:** **I AM ALSO KNOWN AS:**

ROBERT A MACOM ______________________________ ______________________________

ROBERT A MACON ______________________________ ______________________________

______________________________ ______________________________

______________________________ ______________________________

______________________________ ______________________________

SERVICEFINANCECOMPANY,LLC
A subsidiary of Truist

## NOTICE TO ACTIVE DUTY SERVICE MEMBERS AND DEPENDENTS

**Introduction.** You have been identified as a "Covered Borrower," as defined by the federal Military Lending Act. As such, we are required to provide the following written disclosures to you at or before the time you become obligated with respect to this financing transaction.

**Military Annual Percentage Rate Statement.**

> Federal law provides important protections to members of the Armed Forces and their dependents relating to extensions of consumer credit. In general, the cost of consumer credit to a member of the Armed Forces and his or her dependent may not exceed an annual percentage rate of 36%. This rate must include, as applicable to the credit transaction or account: the costs associated with credit insurance premiums; fees for ancillary products sold in connection with the credit transaction; any application fee charged (other than certain application fees for specified credit transactions or accounts); and any participation fee charged (other than certain participation fees for a credit card account).

**Regulation Z Disclosure and Payment Obligation Description.**

The Regulation Z Disclosures and a clear description of your payment obligation are in the "Truth-In-Lending Disclosure" and the "Payment Schedule" set forth in the Contract between you and the Seller.

**Oral Explanation of Military Annual Percentage Rate Statement and Payment Obligation.**

You may call us toll free at 866.384.2204 for a disclosure of (i) a statement of the Military Annual Percentage Rate and (ii) your payment obligations (payment schedule) applicable to this extension of credit.

By clicking on the "Click Sign" box below, you acknowledge that you have received this notice in writing and in a form you can keep.

| | |
|---|---|
| ☐ Not Applicable | ☐ Not Applicable |
| ☒ I received this notice in writing | ☐ I received this notice in writing |

Robert A Macom
12/3/2023 10:29:56 PM ET
216.218.221.247

ROBERT A MACOM

Rev 052223

**WELCOME TO A SAFE, FAST, FRIENDLY, "GREEN" PAPER-FREE TRANSACTION.**

# FEDERAL ESIGN DISCLOSURE AND CONSENT

Please read this Federal ESIGN Disclosure and Consent carefully and print and/download or otherwise keep a copy for your records.

The following disclosures are required to be provided to you by your dealer (or the dealer's service provider, Service Finance Company, LLC) under the federal Electronic Signatures in Global and National Commerce Act ("ESIGN"). They are necessary in order for you to provide your consent to receive and sign the Retail Installment Sale Contract, any Addendum or Amendment thereto (collectively, the "Retail Installment Sale Contract"), and the Consumer Loan Application.

## Electronic Delivery of Disclosures and Notices

By clicking in the box below, you are consenting to receive the Retail Installment Sale Contract, the Consumer Loan Application and all disclosures, notices, terms and conditions, billing statements and other related documents and any changes to the foregoing (collectively, the "Contract Documents") electronically. Your consent will apply to the dealer, Service Finance Company, LLC (the "Company"), and to any subsequent assignee(s) of the Contract Documents. In order to access, receive and retain the Contract Documents, you must satisfy the minimum system requirements outlined below. We reserve the right, in our sole discretion, to provide you with any of the Contract Documents in paper form instead of, or in addition to, electronic form.

## Paper Delivery of Disclosures and Notices

You are not required to provide your consent in order to proceed with the Retail Installment Sale Contract. If you prefer not to provide your consent, all of the Contract Documents will be executed and provided to you in paper form. If you decide to provide your consent, you still have the right to receive a paper copy of the Contract Documents. To receive a paper copy at no charge, please request it in one of the following ways: send an e-mail message with your name and mailing address to info@svcfin.com; call us at (866) 254-0497; fax us at (866) 257-8122; or write to us at Service Finance Company, LLC, 555 South Federal Highway, Suite 200, Boca Raton, Florida 33432 with your name and mailing address. Be sure to state that you are requesting a copy of the Contract Documents.

## System Requirements to Access Information

To receive an electronic copy of the Contract Documents, you must have the following equipment and software:

- A personal computer or other device which is capable of accessing the Internet. Your access to this page verifies that your system/device meets these requirements.
- An Internet web browser which is capable of supporting 256-bit SSL encrypted communications, which requires a minimum web browser version of Microsoft® Edge version 80.0 (available for downloading at https://www.microsoft.com/en-us/edge) and

your system or device must have 256-bit SSL encryption software. Your access to this page verifies that your browser and encryption software/device meet these requirements.

- You must have software which permits you to receive and access Portable Document Format or "PDF" files, such as Adobe® Acrobat Reader® version 8.0 and above (download at http://www.adobe.com/products/acrobat/readstep2.html).

  These ESIGN disclosures and the Contract Documents are both provided to you in PDF; therefore, your access to this page from your own system/device verifies that your system/device has the necessary software to permit you to receive and access PDF files.

- A valid email address or, if you do not have a valid email address, you can use your valid user credentials to access a secure webpage at https://esign.svcfin.com.

**System Requirements to Retain Information**

If you have a valid email address, a copy of the Contract Documents will be provided to you upon execution by email in the form of a PDF attachment. A copy of the Contract Documents also will be made available to you upon execution by your accessing a secure webpage at https://esign.svcfin.com/ and logging in using your individual access credentials. To retain a copy of the Contract Documents, you may choose to print them, save them or both. In order to print them, you must have a functioning printer connected to your personal computing device. If you wish to retain an electronic version of the Contract Documents, you must have a personal computing device with the hardware and software necessary to download and store PDF files.

**Withdrawal of Electronic Acceptance of Disclosures and Notices**

You can also contact us in any of the ways described above to withdraw your consent to receive any future disclosures, notices, terms and conditions, and other documents related to the Contract Documents electronically, if any. There are no fees for withdrawal of your consent. If you withdraw your consent, we will send all future Contract Documents (if any) to you in paper form. If you decide to withdraw your consent, the withdrawal will not affect the legal effectiveness, validity, and enforceability of prior electronic Contract Documents. Your withdrawal of your consent will be effective within a reasonable period of time following our receipt thereof to allow for time to process your request.

**Changing your Email Address**

It is important that you keep your email address current with us. Therefore, please notify us immediately at the addresses and/or telephone numbers set forth above if you change your email address. We may treat your failure to provide us with a valid email address, or the malfunction of the email address we have for you, as a withdrawal of your consent to receive Contract Documents electronically.

**Right to Discontinue Electronic Provision of Contract Documents**

We reserve the right, in our sole discretion, to discontinue electronic provision of Contract Documents. We will provide you with notice of any such termination as required by applicable law. If we discontinue electronic provision of Contract Documents, we will send all future Contract Documents (if any) to you in paper form.

**Systems Enhancements**

If the system requirements for accessing the copy of your Contract Documents on the secure webpage change so as to require different or additional hardware or software, or upgrades, plug-ins or enhancements to the hardware or software used by you (all such changes referred to as a "Systems Enhancement"), we will notify you and you may either withdraw your consent or upgrade your hardware and/or software as required by the Systems Enhancement. If we determine that the need for a Systems Enhancement creates a material risk that you may not be able to access or retain the Contract Documents electronically, we will notify you and allow you to either: (a) withdraw your consent or (b) re-confirm your consent to receive the Contract Documents in a manner that reasonably demonstrates that you have upgraded your hardware or software to conform to the required Systems Enhancement. If you choose to withdraw your consent, or you fail to re-confirm your consent (which we will treat as your withdrawal of consent), you will no longer receive Contract Documents electronically and we will send all future Contract Documents to you in paper form.

By clicking the box **"Yes, I consent"** below, you:

- acknowledge your receipt and review of the foregoing Federal ESIGN Disclosure and Consent;
- give your affirmative consent to our providing electronic Contract Documents to you as described above;
- acknowledge that you are signing the Contract Documents using an electronic signature and thus agreeing to their terms;
- agree that the electronic Contract Documents may be authenticated, stored and transmitted (as applicable) by electronic means and are valid for all legal purposes per applicable law;
- agree that the Company and any person to whom the electronic Contract Documents are later transferred shall have the right to convert them at any time to paper-based Contract Documents, and in such event, the paper-based Contract Documents will be enforceable and valid, and that you intend that the printing of the representation of your electronic signature on the paper-based Contract Documents from the system in which the electronic Contract Documents are stored will be your original signature on the paper-based Contract Documents and will serve to indicate your present intention to authenticate the paper-based Contract Documents, and that the paper-based Contract Documents will then be a valid original writing for all legal purposes, and that upon conversion to paper-based Contract Documents, your obligations in the electronic Contract Documents shall automatically transfer to and be contained in the paper-based Contract Documents and you intend to be bound by such obligations; and
- confirm that your computer or access device satisfies the hardware and software requirements needed to access and retain the Contract Documents that will be provided to you in electronic form, including through use of a valid email address to access the Contract Documents as an attachment in portable document file

(PDF) format and/or by logging in to our secure webpage to access the Contract Documents in PDF format.

If you click the box **"No, I do not consent",** you are not consenting to our providing electronic Contract Documents to you as described above, and you will not be permitted to proceed to the Contract Documents via this method and instead must contact us as described above for further information.

☒ "Yes, I consent"

☐ "No, I do not consent"

☐ "Yes, I consent"

☐ "No, I do not consent"

Anthony Wayne Emberger
11/21/2023 7:19:11 AM ET
71.114.14.218

ANTHONY WAYNE EMBERGER

# EXHIBIT C

SERVICE FINANCE COMPANY, LLC

# SFC MASTER DEALER AGREEMENT

This Master Dealer Agreement (this "Agreement") is entered into between Service Finance Company, LLC ("SFC") located at 555 S. Federal Hwy, Suite 200, Boca Raton, Florida 33432, a Florida Limited Liability Company, and Preferred Remodeling & Development inc, located at 15500 Erwin st 1001 Van Nuys CA 91411 (the "Dealer") each a "Party" and, collectively, the "Parties" as of this 13 day of November, 2020 (the "Effective Date").

**Recitals:**

WHEREAS, Dealer is in the business of selling and installing products related to home improvement projects including, but not limited to, roofing, remodeling, air conditioning and heating, geothermal and solar products (the "Merchandise") to consumers (each a "Buyer" and collectively, the "Buyers"); and

WHEREAS, SFC is in the business of providing financing and related services; and

WHEREAS, Dealer intends to sell Merchandise to Buyers on credit terms (with respect to each Buyer in a specific sale, a "Transaction") pursuant to a contract with the Buyer which describes the Merchandise and the work required to install it ("Work Order"); and

WHEREAS, Dealer shall finance the Transaction by the execution of a retail installment contract or other evidence of indebtedness the form of which shall be specified by SFC from time to time (with respect to each completed Transaction, the "Instruments"); and

WHEREAS, SFC desires to purchase Instruments from Dealer on the terms and conditions set forth herein.

**NOW, THEREFORE, in consideration of the premises and mutual agreements set forth herein, and for other good and valuable consideration, their receipt and sufficiency of which are hereby acknowledged, the Dealer and SFC hereby agree as follows:**

1. **Recitals; Representations by Dealer**. The Recitals set forth above are hereby incorporated into and deemed a part of the Agreement. In consideration of SFC's purchase of Instruments

with respect to a Transaction, Dealer represents and warrants the following with respect to the applicable Buyer, Merchandise, Transaction, and with respect to each Instrument:

a. The Transaction represents a bona fide sale (and, if applicable, installation) of Merchandise to the Buyer named on the Instrument and the Merchandise was not delivered to the Buyer on a trial basis.

b. The execution of the "Certificate of Completion" (defined as the certificate provided to Dealer by SFC in a form acceptable to SFC which shall be executed by Dealer upon completion of each Transaction by Dealer) constitutes Dealer's certification that the Transaction is complete and that, to the best of Dealer's knowledge, the Buyer is satisfied with the work performed by Dealer.

c. The Transaction evidenced by the Instruments is free from set off or valid counterclaim of any nature including fraudulent act on the part of Dealer.

d. The Buyer was of legal age to execute the Instruments and related documents at the time of execution thereof and the Instrument and all related documents represent the binding obligation of the Buyer.

e. The Buyer has not exercised his or her right to cancel the Work Order related to an Instrument purchased by SFC pursuant to the law of the state in which the property to be improved is located ("Right to Cancel") and such Work Order shall not be subject to Buyer's Right to Cancel subsequent to the expiration of the initial cancellation period which shall not have been extended as a result of any act or failure to act on the part of Dealer.

f. The Buyer has not exercised his or her right to rescind the retail installment contract or promissory note, as the case may be, pursuant to the Federal Truth in Lending Act, or any similar state law governing the Buyer's right of rescission ("Right of Rescission") related to an Instrument purchased by SFC and such Instrument shall not be subject to Buyer's Right of Rescission subsequent to the expiration of the initial rescission period which shall not have been extended as a result of any act or failure to act on the part of Dealer.

g. Buyer paid the down payment, if any, shown on the Instruments in cash, by credit card, or personal check.

h. The Dealer has not paid and will not pay a rebate, "refund" or other inducement, whether in cash or other form of payment, to the Buyer in connection with the Transaction.

Case 2:25-cv-06881-DMG-RAO Document 1-1 Filed 11/13/25 Page 4 of 14 Page ID #:20

i. The person who executes this Agreement on behalf of Dealer has full power and authority to bind Dealer to the terms of this Agreement.

j. The Merchandise purchased by Buyer has been carefully and properly installed, inspected, and adjusted to factory recommendations and in the case where the city, county or state requires a building permit for the installation of the Merchandise, said building permit has been issued by the applicable governmental authority.

k. The person who executes the Allonge assigning all of the Dealer's right title and interest in and to the Instrument to SFC and the Certificate of Completion is an employee of the Dealer and has full and complete authority to bind the Dealer with respect to each document. The Dealer shall deliver the original of the Allonge and Certificate of Completion, fully executed, together with a fully executed Instrument (including original or so-called "wet" signatures of Buyers and Dealer when required by SFC with respect to any "Credit Program" (defined below), and "Electronic Signatures" (defined below) of Dealer and Buyer when permitted by SFC with respect to its WPDI Program), to SFC as a precondition to SFC's obligation to fund its purchase of the Instrument as provided hereinafter.

l. Dealer has not made any warranties, guarantees, or promises regarding the Merchandise (other than any warranties regarding the Merchandise which may arise by operation of law), without providing to SFC a copy of all such warranties, guarantees, or promises (any warranties, guarantees, or promises regarding the Merchandise set forth in the Instruments shall be deemed provided to SFC for purposes hereof).

m. Dealer will comply with all warranties related to the Merchandise and the installation thereof.

n. In the event Dealer is a member of or participant in an association of dealers designed to enhance Dealer's marketing and sales efforts in any form ("Association"), Dealer hereby authorizes SFC to obtain any and all information it may request with respect to Dealer, its owners, officers, employees and general business operations from the management of the Association at any time during the term hereof.

o. The execution of any Instruments, and other documents required hereby, including the Dealer Allonge and Certificate of Completion, in the form of a "jpeg" image or other similar electronic format signature ("Electronic Signature"), shall create a valid and binding obligation of the Party executing (or on whose behalf such Electronic Signature is executed) with the same force and effect as if such Electronic Signature

were an original thereof, and SFC may rely on the receipt of such Electronic Signature as if the original, wet signature, had been received.

p. Dealer is in compliance with applicable contractor licensing rules and regulations in all jurisdictions in which it operates and fully licensed to perform all work related to each Transaction.

q. Dealer shall comply with all of the terms and conditions of this Agreement.

2. **Credit Application; Dealer Enrollment; Verification.**

a) Dealer must be enrolled in SFC's WPDI Program (the "Program") upon the execution of this Agreement and for the duration of the term of the Agreement. Enrollment in the Program enables Dealer to offer all of the financing products set forth on the Pricing Matrix annexed hereto as Exhibit A as amended from time to time during the term of this Agreement (collectively, "Credit Programs").

b) None of the credit applications submitted to SFC by Dealer will be submitted to another lender or financing source prior to said credit application being submitted to SFC. The relationship between SFC and Dealer is not exclusive. Dealer shall have the right to submit credit applications to a lender or financing source other than SFC, but all credit applications submitted by Dealer to SFC must first be submitted to SFC before being submitted to any other lender or financing source. Dealer shall submit a completed SFC Credit Application and such other documents that SFC may specify from time to time.

c) Submission of the completed credit application constitutes Dealer's offer to sell the resulting Instrument to SFC. SFC will accept credit applications with respect to the WPDI Program, from Buyers who comply with SFC's Loan Underwriting Guidelines current as of the date the credit application is submitted to SFC. In addition, all Buyers must have a verifiable telephone number and meet all SFC credit requirements. SFC may, in its sole and absolute discretion, accept or reject any credit application and may require any information from the Buyer and/or Dealer that it deems necessary. Approval of a Transaction, once issued in writing by SFC, is valid for 120 days from the date of approval.

d) By issuing an approval for a Transaction, SFC agrees to purchase the resulting Instrument from the Dealer subject to 1) the satisfaction, within SFC's sole and absolute discretion, of all SFC's requirements, including, but not limited to, its receipt of executed originals of all documents required to be signed in connection with the financing of the Instruments included, but not limited to, the Instrument, the related Work Order, all original documents required by the Program, the related

Allonge and Certificate of Completion executed by Dealer, (2) the successful completion by SFC of the Buyer verification telephone call and (3) the Dealer's Allonge, effective in accordance with its terms as described in Subsection 7 a) below.

3. **Purchase Price; Dealer Fees.** The purchase price to be paid by SFC with respect to the purchase of an Instrument from Dealer shall be equal to the sum of the original face amount of the Instrument less the applicable "Dealer Fee" (defined below) set forth on Exhibit A annexed hereto as modified pursuant to this Section 3 (the "Purchase Price"). The initial Dealer Fees related to the financing products offered by SFC are set forth on Exhibit A annexed hereto and made a part hereof expressed as a percentage of the amount equal to: (i) the original face amount of the Instrument minus (ii) all fees set forth in the Instrument (the "Dealer Fee") . SFC reserves the right to amend Exhibit A by adding or deleting one or more Credit Programs and/or modifying the Dealer Fees related to any of the Credit Programs at any time during the term of this Agreement. Any modification of the initial Dealer Fees or the Credit Programs listed on Exhibit A shall be set forth on an Amended and Restated Exhibit A which shall be delivered to Dealer and be effective as of the date specified therein. Provided, however, that any modification to a Dealer Fee or Credit Programs offered by SFC shall only be effective for Transactions approved by SFC subsequent to the Dealer's receipt of an Amended and Restated Exhibit A.

4. **Non-Recourse**. SFC shall purchase Instruments pursuant to the terms of this Agreement without recourse to Dealer. Notwithstanding anything contained in this Agreement, in the event that subsequent to its purchase of an Instrument, SFC shall determine that Dealer has breached any of the representations or warranties of Dealer set forth in Section 1 above with respect to a Transaction, SFC shall be entitled to damages in the amount of the purchase price paid by SFC to the Dealer for the Instrument affected by such breach. Specifically, SFC shall be entitled to debit the Dealer Account (defined in Section 24 hereof) as set forth in Section 24, below, for the full amount of the Purchase Price paid to Dealer for the Instrument affected by such breach.

5. **Patriot Act Information Form.** Dealer acknowledges and agrees that SFC has delegated the responsibility to complete the Patriot Act Information Form ("Form") to Dealer. Dealer shall obtain a valid form of identification, as set forth on the Form, from each Buyer and shall complete the Form pursuant to its terms. Dealer shall execute the Form to confirm that it has verified the identity of the Buyer on behalf of SFC and that all information on the form is true and correct.

6. **Documentation.** Dealer is responsible for the completion and collection of all Instruments and related documents as required by SFC and by SFC's Loan Underwriting Guidelines as well as all applicable laws and regulations.

7. **Purchase of Instruments.**

a) All of Dealer's right title and interest in the Instrument shall be assigned to SFC, as owner, as of the later of the date the Allonge is executed by the Dealer with respect thereto or the effective date of such Allonge (with respect to each Allonge which provides for an effective date). Upon receipt of the Allonge, SFC shall verify that all documents related to its purchase of the Instrument have been received, are correct, and, that with respect to each specific class of Instrument, the requirements of Subsection 2 d) have been met to SFC's satisfaction. Once such determination is made, SFC shall disburse the Purchase Price to Dealer pursuant to Subsection b) of this Section 7.

b) In consideration of the assignment of the Instrument by the Dealer as set forth in Subsection a) of this Section 7, SFC will remit the Purchase Price to Dealer on the funding date immediately following SFC's determination in its sole and absolute discretion that the requirements of Subsection 2 d) have been met. SFC reserves the right to schedule funding dates within its sole and absolute discretion. Dealer agrees to accept the Purchase Price as payment in full for the Instruments purchased by SFC from Dealer pursuant to this Agreement. Notwithstanding the above, SFC shall be entitled to void the purchase of the Instrument and withhold the Purchase Price if, prior to the payment of the Purchase Price by SFC as aforesaid, (1) a Buyer successfully exercises his or her Right to Cancel, or (2) a Buyer successfully exercises his or her Right of Rescission. Provided, further, that SFC shall be entitled to (1) withhold the payment of the Purchase Price or (2) require that the Dealer repay the Purchase Price for any Instrument (pursuant to the provisions of Subsection 7 c) hereof) with respect to which a Buyer notifies SFC that the Merchandise, and/or the work performed by Dealer with respect to the installation thereof, has not been completed to his or her satisfaction ("Buyer Notification"). With respect to an Instrument subject to a Buyer Notification, payment of the Purchase Price may be withheld by SFC (either prior to or subsequent to payment of the Purchase Price by SFC) until the Buyer notifies SFC that the Merchandise and the work performed by dealer with respect to the installation thereof has been completed to his or her satisfaction.

c) Notwithstanding any other provision of this Agreement, if Dealer has received payment of the Purchase Price of an Instrument, Dealer shall repay said Purchase Price to SFC in the event that, with respect to an Instrument purchased by SFC, (1) a Buyer successfully exercises his or her Right to Cancel or (2) a Buyer successfully

Case 2:25-cv-06881-DMG-RAO Document 1-1 Filed 11/13/25 Page 8 of 14 Page ID #:24

exercises his or her Right of Rescission. Provided, further that SFC may require repayment of the Purchase Price with respect to which Buyer has provided SFC with a Buyer Notification. Dealer shall make such repayment on the Business Day immediately following its receipt of a demand for same from SFC and, upon its receipt of such repayment, SFC shall assign the subject Instrument to Dealer. To the extent adequate funds are available in the "Dealer Account" (defined hereinafter), Dealer hereby consents to SFC's withdrawal of said funds pursuant to Section 24 of this Agreement and Dealer covenants that it will not object to such withdrawal and will not attempt to reverse any such withdrawal. In the event that adequate funds are not available in the Dealer Account, Dealer shall pay the full amount due SFC by wire transfer of immediately available funds to the address specified in SFC's demand for repayment.

d) Any notice required pursuant to this Section 7 shall be deemed to be delivered if sent by email or pursuant to the provisions of Subsection 19 a) of this Agreement.

8. Entire Agreement. This Agreement contains the entire agreement between the Parties hereto, supersedes and terminates any prior agreements between the Parties with respect to the matters contained herein, including, without limitation, all prior SFC Master Dealer Agreements, whether written or oral, and cannot be modified in any respect except by an amendment in writing signed by both Parties.

9. **Right to Reject**. SFC reserves the right to (a) reject any credit application or (b) refuse to purchase any Instrument notwithstanding a prior approval of such credit application, unless and until it has determined in its sole and absolute discretion that the requirements of Subsection 2 (d) of this Agreement have been met with respect to a Transaction.

10. **No Agency**. Dealer and SFC acknowledge that they are not agents for one another and therefore they are not bound by any agreements made by one another with third parties unless prior written approval has been given.

11. **Assistance**. If at any time during the term of an Instrument a Buyer does not make payments to SFC or an affiliate of SFC and/or the third party purchaser of an Instrument from SFC or its affiliate because of alleged defects in the Merchandise or the installation thereof, if such Merchandise was installed by Dealer (or a contractor acting on behalf of Dealer), Dealer agrees to work with SFC to provide all required assistance ( including, at the request of SFC, one on-site service call at no cost to either SFC or the Buyer) in resolving the alleged defects. SFC and Dealer agree to work together in good faith to determine whether the service problem is directly related to faulty installation (if installed by Dealer or a contractor acting

Case 2:23-cv-09881-DMG-RAO Document 3-1 Filed 11/13/23 Page 9 of 14 Page ID #:23

on behalf of Dealer) or defective Merchandise under warranty. If either of these conditions apply to the Buyer complaint, Dealer shall make all necessary corrections at no cost to SFC or the Buyer.

12. **Buyer Payments**. SFC shall be entitled to receive all payments from Buyers on Instruments purchased by SFC and Dealer may not accept a payment from a Buyer with respect to an Instrument purchased by SFC unless SFC specifically authorizes it to do so. Dealer must endorse (without recourse) and forward immediately to SFC all checks or other payments received by Dealer from a Buyer related to the Instruments. SFC may endorse or cause to be endorsed Dealer's name on checks delivered as payments on Instruments purchased by SFC in order to carry out the purposes of this Agreement. Dealer will make suitable and proper entries on its books showing the absolute sale of Instruments to SFC. SFC's title to Instruments sold to SFC and the lien on Merchandise evidenced by the Instruments sold to SFC is at all times to be superior to any right, title or lien of Dealer, if any, to Instruments and Merchandise.

13. **Amendment; Termination**.

a) SFC shall have the right to alter any provision of this Agreement and Exhibit A annexed hereto at any time during the term hereof provided that Dealer is given written pursuant to Subsection 19 a) of this Agreement to the address set forth above. Any such modification shall not apply to Transactions which SFC has approved or Instruments which SFC has purchased prior to the date Dealer receives notice of the aforesaid modification.

b) The "Initial Term" of this Agreement shall be a period of twelve calendar months commencing on the Effective Date. Thereafter, this Agreement shall automatically renew for successive terms of twelve calendar months ("Renewal Term"). Either Party may terminate this Agreement at any time by providing the other Party written notice of termination pursuant to Subsection 19 a) below which notice shall be effective upon expiration of a period of five (5) days following receipt of such written notice by the receiving Party. Notwithstanding such termination, the terms of this Agreement shall continue to govern 1) Instruments purchased by SFC prior to the date of termination and 2) Transactions approved by SFC prior to the date of termination. This Section 13 (b) and Sections 11, 12, 14, 15, 24, 25, 26 and 27 shall survive the termination of this Agreement indefinitely.

14. **Confidential Information.** During the term of this Agreement and for a period of twelve (12) months subsequent to its termination, each of the Parties agrees to treat the terms of this Agreement and all information concerning the other Party or a Buyer that is furnished or

made available to a Party in connection with this Agreement whether tangible, intangible, visual, written, oral, or electronic as confidential ("Confidential Information"). Except as otherwise agreed by the Parties, neither Party will disclose the Confidential Information or use the Confidential Information for its own or any third party's benefit or use it other than with respect to the transactions contemplated by this Agreement. However, the Parties grant each other the right, subject to any applicable consumer credit or other applicable laws governing the confidentiality of information, to provide such information to its agents, partners, lenders and service providers regarding customer credit applications originated through the Dealer, whether approved credit, the grading of the credit, whether the Instruments were funded, delinquency information and other information which may be requested by or deemed appropriate and necessary by the Party. Each Party acknowledges that all of the Confidential Information is the exclusive property of the Party furnishing it to the other Party and that the unauthorized disclosure or use of the Confidential Information may cause irreparable harm and significant injury, the monetary effect of which may be difficult to ascertain. Accordingly, the Parties agree that the furnishing Party may be entitled, without the necessity of showing actual monetary damages, posting of a bond or other security, to immediate injunctive relief and specific performance against any actual or threatened breach of this Agreement, in addition to any and all other rights and remedies available at law, in equity or otherwise for such a breach and that the Party receiving such Confidential Information will not resist such application for relief on the basis that the furnishing Party has an adequate remedy at law. Confidential Information does not include information which (i) is or becomes generally available to the public other than as a result of disclosure by the disclosing Party or any of its representatives to the receiving Party or (ii) is already available to, or becomes available to, receiving Party on a non-confidential basis from a source other than the disclosing Party or any of its representatives; provided, that such source is not bound by a confidentiality agreement with, or other contractual, legal or fiduciary obligation of confidentiality to, the disclosing Party or any other Party with respect to such information.

---

15. **Dealer's Indemnification**. Dealer agrees to defend and indemnify SFC, its parent, subsidiaries and affiliates and their respective officers, directors, employees, representatives and agents from and against (i) all claims, liabilities and obligations of every kind and description, including legal fees and costs incurred by SFC, arising out of or related to Dealer's failure to comply with applicable laws and regulations, whether brought by a customer, regulatory agency or other person; (ii) all damage or deficiency resulting from any material misrepresentation, breach of warranty or covenant, or non-fulfillment of any agreement on the part of Dealer under this agreement; and (iii) all actions, suits, claims, proceedings, investigation, audits, demands, assessments, fines, judgments, costs and other expenses

(including, without limitation, reasonable audit and attorneys' fees) incident to any of the foregoing.

16. **No Waiver**. If either Party fails to exercise any rights granted under this agreement, such Party does not waive such rights, but all rights and remedies are cumulative and not alternative. No waiver, modification, or change of this Agreement is valid unless accepted by Dealer and SFC in writing. This Agreement and other transactions between the Parties are governed and construed according to the internal laws of the State of Florida. Any legal action deemed necessary by any Party may be brought in the Circuit Court in and for Palm Beach County, Florida and the Parties consent to the personal jurisdiction of that court.

17. **Dealer Enrollment**. The information contained in the documents submitted by Dealer in connection with its enrollment in either Program (collectively, the "Dealer Application") has been provided for the purpose of establishing a credit referral relationship between Dealer and SFC, to enroll Dealer in the Program, or to recertify Dealer's enrollment in the Program. The Dealer understands that SFC is relying on the information provided in the Dealer Application to (i) decide whether to purchase Instruments from the Dealer pursuant to the terms hereof, and (ii) enroll Dealer in its Programs. Dealer represents and warrants that the information contained in the Dealer Application is true and correct in all material respects on and as of the date made. Dealer shall promptly notify SFC of any material change in the information provided to SFC by Dealer in accordance herewith.

18. **Assignment.** Neither SFC nor Dealer may assign this Agreement without the prior written approval of the other Party; any attempted assignment without the approval of the other Party shall be void ab initio and of no force and effect. Notwithstanding the foregoing, SFC may pledge and grant a security interest in its rights under this Agreement to a lender who provides funding for the purchase of Instruments hereunder.

19. **Notices; Signatures**.

    a) Subject to the provisions of Subsection 7 d) above, any notice to be given or other documents to be delivered by either Party to the other Party shall either be deposited in the United States mail as certified mail, return receipt requested, with postage thereon fully prepaid or via a national overnight courier, and addressed to the Party for whom intended at the address set forth in the first paragraph of this Agreement (or such other address as shall be provided to the other Party in writing at any time). . Either Party to this Agreement may, from time to time by written notice to the other, designate a different address, which shall be substituted for the one above. Notices sent by certified mail shall be deemed effective when an appropriate receipt is signed. Notices sent by national overnight courier shall be

deemed effective on the Business Day immediately following the day that such notice is delivered to such national overnight courier.

b) Documents executed by facsimile, electronically imaged signatures or pdf files between SFC and Dealer related to this agreement shall be binding on both Parties hereto. Provided, however, that all documents required to be signed by Dealer and Buyers with respect to a Transaction and/or the purchase of an Instrument by SFC shall meet the requirements set forth elsewhere in this Agreement.

20. **DISPUTES; GOVERNING LAW. THIS AGREEMENT SHALL BE GOVERNED BY AND CONSTRUED IN ACCORDANCE WITH THE LAWS OF THE STATE OF FLORIDA, WITHOUT REGARD TO ANY CONFLICTS OF LAWS PROVISIONS AND THE OBLIGATIONS, RIGHTS AND REMEDIES OF THE PARTIES HEREUNDER SHALL BE DTERMINED IN ACCORDANCE WITH THE LAWS OF THE STATE OF FLORIDA, EXCEPT TO THE EXTENT PREEMPTED BY FEDERAL LAW. THE PARTIES HEREBY CONSENT TO THE PERSONAL JURISDICTION OF THE CIRCUIT COURT IN AND FOR PALM BEACH COUNTY, FLORIDA.**

21. **Reserved**

22. **Entire Agreement.** This Agreement contains the entire agreement between the Parties hereto, supersedes and terminates any prior agreements between the Parties with respect to the matters contained herein including, without limitation, all prior SFC Master Dealer Agreements, whether written or oral, and cannot be modified in any respect except by an amendment in writing signed by both Parties.

23. **Dealer Enrollment Renewal Process**. SFC will recertify Dealer's enrollment on an annual basis and discuss with Dealer any issues which may arise during the recertification process.

24. **ACH Authorization**. The Dealer hereby authorizes SFC to initiate credit entries and, if necessary, debit entries and adjustments for any entries in error to the bank account indicated on the Dealer Application (the "Dealer Account") and the depository named therein (the "Depository")to credit and or debit the Dealer Account with respect to amounts due to or from Dealer (collectively the "Authorization").

    Dealer shall be entitled to terminate the Authorization upon thirty days written notice sent to SFC and the Depository by certified mail return receipt requested at SFC's address shown above. Said thirty day period shall commence upon SFC's receipt of such written notice. In the event Dealer shall terminate the Authorization as aforesaid, SFC shall have the right to terminate this Agreement upon five (5) days written notice to Dealer send by certified mail, return receipt requested, to Dealer's address set forth above.

Case 2:25-cv-05881-DMG-RAO Document 1-1 Filed 11/15/25 Page 13 of 14 Page

Notwithstanding Dealer's termination of the Authorization, the Authorization shall remain in full force and effect for a period of thirty days after the last Transaction has been funded by SFC pursuant to the terms of this Agreement through the purchase by SFC of the Instruments related thereto.

25. **Breach.** In the event of a dispute between Dealer and SFC arising out of or in any way related to this Agreement or any transaction contemplated by this Agreement, the prevailing Party shall be entitled to recover from the other Party its costs and other expenses (including, without limitation, reasonable audit and attorneys' fees) incurred in connection with such dispute.

26. **Damages Waiver**. Notwithstanding anything to the contrary in this Agreement, SFC and Dealer shall not be liable to the other under or in connection with this Agreement or any other claim for damages asserted by either of SFC or Dealer against the other for any indirect or consequential or other damages relating to prospective profits, income, anticipated sales or investments, or goodwill, or for any punitive or exemplary damages.

27. **Consumer Protection Laws**. The Parties shall comply with all applicable federal and state consumer protection laws and lending laws, including, but not limited to, Title V, Subtitle A of the federal Gramm-Leach-Bliley Act, 15 USC §§ 6801, the Truth in Lending Act, 15 U.S.C. § 1601, et seq., and the Real Estate Settlement Procedures Act, 12 U.S.C. § 2607, et seq., (collectively, "Consumer Protection Laws"). Compliance with the Consumer Protection Laws, includes, but is not limited to, providing all applicable disclosures and satisfying all federal and state consumer reporting requirements.

[Signature Page to Follow]

**IN WITNESS WHEREOF, the parties hereto have caused their duly authorized representatives to execute this Agreement as of the Effective Date hereof.**

Preferred Remodeling & Development inc

Printed Dealer Company Name

Ilan Eli
11/13/2020 11:30:27 AM ET
46.51.248.165

By: ______________________

Name: Ilan Eli

Title: Authorized Signatory

**SERVICE FINANCE COMPANY, LLC**

By: ______________________

Mark E. Berch, President