Kyle E. Yaege (Bar No. 246918)
Email: Kyle@HickmanRobinsonLaw.com
HICKMAN ROBINSON YAEGE LLP
701 B St., Suite 1840
San Diego, CA 92101
Telephone: 619.819.8383
Facsimile: 619.819.6861

Elisa P. Pizzino *(Pro hac vice pending)*
Email: elisa.pizzino@gmail.com
LAW OFFICE OF ELISA P. PIZZINO
697 W. Market St., Ste. 102
Akron, OH 44303
Telephone: 330.603.1913
Ohio Bar No. 0043723 – NY Bar No. 00185515

Attorneys for Plaintiffs
ROBERT MACOM and ANTHONY EMBERGER

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MACOM and ANTHONY EMBERGER,<br>Plaintiffs,<br>v.<br>SERVICE FINANCE COMPANY, LLC, and JOHN DOES 1-10 inclusive,<br>Defendants. | Case No. 2:25-cv-06902-RGK-JPR<br>**Judge: Honorable R. Gary Klausner**<br>**Magistrate: Honorable Jean P. Rosenbluth**<br>NOTICE OF SETTLEMENT |

Pursuant to L.R. 40-2, Plaintiffs hereby notify the Court that the parties have reached a settlement that will resolve all claims in this action. The settlement agreement has been submitted to all parties for signature and is being finalized.

Because Defendant has not yet been served and no responsive pleading has been filed, Plaintiffs anticipate filing a voluntary dismissal pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i) within thirty (30) days. Plaintiffs respectfully request that all pending

deadlines be vacated, and that the Court retain jurisdiction solely to allow (1) the settlement agreement to be fully executed, and (2) a voluntary dismissal to be filed.

Dated: October 29, 2025.

Respectfully Submitted,

LAW OFFICE OF ELISA P. PIZZINO

By: s/ Elisa P. Pizzino________________
Elisa P. Pizzino, Esq.

*Attorney for Plaintiffs*