Kyle E. Yaege (Bar No. 246918)
Email: Kyle@HickmanRobinsonLaw.com
HICKMAN ROBINSON YAEGE LLP
701 B St., Suite 1840
San Diego, CA 92101
Telephone: 619.819.8383
Facsimile: 619.819.6861

Elisa P. Pizzino *(Pro hac vice pending)*
Email: elisa.pizzino@gmail.com
LAW OFFICE OF ELISA P. PIZZINO
697 W. Market St., Ste. 102
Akron, OH 44303
Telephone: 330.603.1913
Ohio Bar No. 0043723 – NY Bar No. 00185515

Attorneys for Plaintiffs
ROBERT MACOM and ANTHONY EMBERGER

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MACOM and ANTHONY EMBERGER,<br>Plaintiffs,<br>v.<br>SERVICE FINANCE COMPANY, LLC, and JOHN DOES 1-10 inclusive,<br>Defendants. | Case No. 2:25-cv-06902-RGK-JPR<br><br>**Judge: Honorable R. Gary Klausner**<br>**Magistrate: Honorable Jean P. Rosenbluth**<br><br>NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT, SERVICE FINANCE COMPANY, LLC |

Now come the Plaintiffs, Robert Macom and Anthony Emberger, by and through undersigned Counsel, and hereby voluntarily dismiss the Complaint filed herein against Defendant SERVICE FINANCE COMPANY, LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), with prejudice.

Dated: October 30, 2025

Respectfully Submitted,

LAW OFFICE OF ELISA P. PIZZINO

By: s/ Elisa P. Pizzino________________
Elisa P. Pizzino (pro hac vice)

*Attorney for Plaintiffs*